## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | )<br>) Chapter 11<br>) |
| ANAGRAM HOLDINGS, LLC, *et al.*,[1] | ) Case No. 23-90901 (MI)<br>) |
| Debtors. | ) (Jointly Administered)<br>) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## <u>ANAGRAM INTERNATIONAL, INC. (CASE NO. 23-90902)</u>

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Anagram Holdings, LLC (8535); Anagram International, Inc. (2523) and Anagram International Holdings, Inc. (5837). The location of the Debtors' service address for purposes of these chapter 11 cases is: 7700 Anagram Drive, Eden Prairie, MN 55344. For the avoidance of doubt, the Debtors' chapter 11 cases are not proposed to be consolidated with Party City Holdco Inc. and its affiliate debtors (collectively, "Party City") which emerged from chapter 11 cases in this Court on October 12, 2023. See In re Party City Holdco Inc., et. al., Case No. 23-90005 (MI) (Bankr. S.D. Tex). Any reference herein to the Debtors does not include the debtor-entities that were administered in the Party City chapter 11 cases.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ANAGRAM HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 23-90901 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**GLOBAL NOTES AND
STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Anagram Holdings, LLC ("Anagram") and its direct and indirect subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' management, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes")[2] pertain to, are incorporated by reference in, and constitute an integral part

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Anagram Holdings, LLC (8535); Anagram International, Inc. (2523) and Anagram International Holdings, Inc. (5837). The location of the Debtors' service address for purposes of these chapter 11 cases is: 7700 Anagram Drive, Eden Prairie, MN 55344. For the avoidance of doubt, the Debtors' chapter 11 cases are not proposed to be consolidated with Party City Holdco Inc. and its affiliate debtors (collectively, "Party City") which emerged from chapter 11 cases in this Court on October 12, 2023. *See In re Party City Holdco Inc., et. al.*, Case No. 23-90005 (MI) (Bankr. S.D. Tex). Any reference herein to the Debtors does not include the debtor-entities that were administered in the Party City chapter 11 cases.

[2]  These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of Debtor's individual Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

of all of the Debtors' Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.  To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate and nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors to amend or supplement the Schedules and Statements from time to time, as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Christopher Wiles, Vice President Finance & Administration of Anagram and an authorized signatory for each of the Debtors, has signed each set of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Wiles has necessarily relied upon the efforts, statements, advice, and representations of various personnel employed by the Debtors and the Debtors' advisors.  Mr. Wiles has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

**Global Notes and Overview of Methodology**

1.  **Description of Cases and "As Of" Information Date.**   On November 8, 2023, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Local Rules under Case No. 23-90901 (MI). Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. On November 20, 2023, the Office of the U.S. Trustee for the Southern District of Texas appointed the Official Committee of Unsecured Creditors. No trustee or examiner has been appointed in these chapter 11 cases.

    The asset information provided herein represents the asset data of the Debtors as of the close of business on October 31, 2023 (the "Reporting Date"), except as otherwise noted. The liability information provided herein represents the liability data of the Debtors as of the Petition Date, except as otherwise noted.

2.  **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to:  (a) amend and supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[3] is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets

---

[3]   For the purposes of these Global Notes, the term "Claim" shall have the meaning set forth in  section 101(5) of the Bankruptcy Code.

or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements, except as may be required by applicable law.

(a)     **Recharacterization.**  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(b)     **Classifications.**  Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract or to setoff of such Claim.

(c)     **Claims Description.**  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification.  Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Moreover, listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

(d)     **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.  The Debtors reserve all rights

to amend the reported amounts of assets and liabilities to reflect changes in estimates or assumptions.

(e)    **Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtors may not have identified and/or set forth all of their claims or causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, claims or causes of action that are required to be kept confidential and claims or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any claims and causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(f)    **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

(g)    **Insiders.**  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved. Information regarding the individuals

listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

3. **Methodology.**

(a) **Basis of Presentation.** Debtor Anagram Holdings, LLC directly or indirectly owns 100% of the equity of the other Debtors. The Debtors prepare consolidated financial statements, which are typically audited annually. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b) **Comprehensive Enterprise.** The Debtors utilize a central and consolidated cash management system, which consists of multiple bank accounts (the "Cash Management System"), as described in further detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 14] (the "Cash Management Motion"). The Debtors manage the cash within the Cash Management System by transferring funds among bank accounts as needed based on cash receipts and disbursements. Certain payments in the Schedules and Statements may have been made by one legal entity on behalf of another legal entity through the Cash Management System. The Bankruptcy Court has entered orders authorizing the Debtors to continue using the Cash Management System [Docket No. 84, 217] (the "Cash Management Orders"). The Debtors' treasury and accounting departments regularly reconcile the Debtors' books and records to ensure that all transfers are accounted for properly. Thus, the Debtors' debits and credits are known and recorded. Although diligent efforts have been made to set forth open payable amounts and Claims on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and

Statements to update payable amounts or attribute open payable amounts and Claims to a different legal entity, if necessary or appropriate.

(c) **Confidential Information.**   There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Pursuant to the *Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors, (B) File a Consolidated List of the 30 Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information; (II) Approving the Forn and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases; and (III) Granting Related Relief* [Docket No. 132] (the "Creditor Matrix Order"), the Bankruptcy Court has authorized the Debtors to redact certain personally identifiable information on the Debtors' Schedules and Statements In addition, the Debtors may have redacted certain information where an agreement between the Debtors and a third party, concerns of confidentiality, the protection of sensitive commercial information, or concerns for the privacy of individuals, including employees, so requires.  Moreover, the very existence of certain agreements may be (by the terms of such agreements) confidential.  These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable.  The alterations or redactions are limited only to what the Debtors believe is warranted.

(d) **Executory Contracts.**  Although the Debtors have made reasonable efforts to attribute each executory contract to its rightful Debtor, in certain instances, the underlying executory contract may not specify the particular Debtor legal entity that is party to the contract. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease.

   (i) Furthermore, the Debtors may be third party beneficiaries under certain contracts where a Party City entity is the named contract counterparty. The Debtors have not included such contracts on the Schedules and Statements because they are not a contract counterparty, however, the Debtors reserve all their rights, as a third party beneficiary or otherwise, with respect to such contracts.

(e) **Leases.**  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other real property interests, and equipment from third party lessors for use in the daily operation of their business.  Any known prepetition obligations of the Debtors for equipment or similar leases have been listed on Schedule D or Schedule E/F as applicable, along with the lease counterparties, and the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

(f)    **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Unless otherwise noted, the Schedules and Statements reflect net book values as of the Reporting Date.  Exceptions to this include operating cash, cash equivalents, and certain other assets. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may vary materially from fair market values. Certain assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

The book values of certain assets may materially differ from amounts ultimately realized, their fair market values and/or the Debtors' enterprise valuation that may subsequently be prepared.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

(g)    **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional

information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

The Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

(h)    **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(i)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(j)    **Zero Dollar Amounts.**  Amounts listed as zero are either $0, unliquidated, or undetermined.

(k)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(l)    **Paid Claims.**  Pursuant to certain interim and final "first day" orders entered by the Bankruptcy Court in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay in their discretion certain Claims on a postpetition basis; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they may not be listed in the Schedules and Statements.  To the extent the Debtors later pay any amount of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

(m)   **Intercompany Claims.**  As described more fully in the Cash Management Motion, the Debtors engage in a range of intercompany transactions in the ordinary course of business.  Pursuant to the Cash Management Orders, the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business. As described in the First Day Declaration, the Debtors' relationship with Party City is governed primarily by three intercompany contracts and, in the ordinary course of business, the Debtors and Party City settle amounts owed under such intercompany contracts either in cash or through set off. As of the Petition Date, the intercompany balance between the Debtors and Party City reflected a net receivable, which is set forth on Schedule A/B, Part 3. Individual set

offs, however, are excluded from the Schedules and Statements. The Debtors and all parties-in-interest reserve all rights with respect to such accounts.

(i)     Any cash payments from the Debtors to non-Debtor affiliates, including Party City, in the year leading up to the Petition Date are included in the Statements on Part 2, Question 4.

(n)     **Guarantees and Other Secondary Liability Claims.**  The Debtors have used their reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees.  However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been inadvertently omitted. The Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guarantees are identified.

(o)     **Excluded Assets and Liabilities.**   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.   The Debtors have also excluded unbilled receivables, customer advances, billings in excess of cost and allowances for doubtful accounts. The Debtors also have excluded worker's compensation Claims to maintain the privacy of the claimants. In addition, other immaterial assets and liabilities may also have been excluded.

(p)     **Employee Claims**.  The Bankruptcy Court entered a final order granting authority, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits, and other related obligations. The Debtors currently expect that all prepetition employee Claims for wages, salaries, benefits, and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such Claims.

(q)     **Liens.**   The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

(r)     **Currency.**   Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(s)     **Credits and Adjustments.**  The Claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

(t)     **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the Debtors' business and are consistent with the ordinary course business of the Debtors' industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights with respect thereto, including the right to amend the setoff amounts.

(u)     **Contingent Assets.** The Debtors believe that they may possess certain claims and causes of action against various parties. The Debtors may also possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

(v)     **Receivables**. The Debtors have included only the aggregate book value of accounts receivables and have not listed individual customer receivable balance information as the Debtors consider their customer list to be proprietary and confidential.

(w)     **Fiscal Year.** Each Debtor's fiscal year ends on December 31.

(x)     **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the

Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to such parties. Therefore, to the extent the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

**Schedules Summary**.  The asset information provided represents the asset data of the Debtors as of the close of business on the Reporting Date, except as otherwise noted.  The liability information represents the liability data of the Debtors as of the Petition Date, except as otherwise noted.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission as to the Debtor's solvency as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

1. **Schedule A/B**

   (a)    Unless otherwise stated, that amounts in Schedule A/B are as of the Reporting Date.

   (b)    **Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**

   - Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and the Cash Management Orders.  The balances of the financial accounts listed on Schedule A/B, Part 1, are as of the Petition Date.

   - Additionally, the Court, pursuant to the *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief* [Docket No. 89], has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Reporting Date.

- The balances of deposits and prepayments presented on Schedule A/B, Parts 1 and 2 are as of the Reporting Date.

(c) **Part 3 – Accounts Receivable.**

- Amounts listed reflect gross amounts received or face amounts requested.

- Intercompany receivable amounts included in accounts receivable totals are net of intercompany payables or chargebacks.

(d) **Parts 5, 7, 8, and 9 – Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment; and Collectibles; Machinery, Equipment, and Vehicles; Real Property.**

- AB19-22 Date of last physical inventory: The Debtors perform daily cycle counts at their distribution center and inventory counts at their manufacturing facility.

- AB25: Pursuant to the amounts set forth in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Foreign Vendors, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 11] (the "CV Motion"), the Debtors estimate that they owe approximately $6,300,000 in prepetition Trade Claims (as defined in the CV Motion). The Debtors estimate approximately $4,200,000 of goods were delivered in the 20 days preceding the Petition Date, however, a determination of what raw materials, work in progress or finished goods were purchased during that time period is not possible with the information available.

- An external or professional valuation of the Debtors' inventory has not been undertaken.

- Dollar amounts are presented net of accumulated depreciation and other adjustments as of the Reporting Date.

- AB 39,40,41,50: Items have been set forth according to categories delineated in the Debtors' books and records. Individual items are available upon request.

- AB 55-58: The Debtors considered both owned real property and ground leases to which the respective Debtor is a lessee in responding to Schedule A/B, Questions 55–58. In addition, the real property leases to which a Debtor is a lessee or lessor are listed in Schedule G. To the extent any interest in such leases is listed on Schedule G but not Schedule A/B, such interests are incorporated into Schedule A/B, Questions 55–58 by reference.

(e) **Part 10 – Intangibles and Intellectual Property.**

- Identifies value ascribed by the Debtors to various intangible assets including copyrights, patents, trademarks, registered internet domains and websites, and licenses.

(f)     **Part 11 – All Other Assets.**

- ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims***. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to claims, counter-claims, cross-claims, setoffs, refunds with their suppliers or potential warranty claims against their suppliers. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

- ***Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Final Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (C) Maintain their Surety Bond Program, and (II) Granting Related Relief* [Docket No. 227] (the "<u>Insurance Order</u>"). As discussed in the Insurance Order, the Debtors are named as insured parties and receive coverage under Party City's insurance policies with respect to certain of the insurance policies. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. All insurance policies listed in response to Schedule A/B 73 are current as of December 1, 2023.

(g)     **Schedule D – Creditors Who Have Claims in Property.**

- The outstanding amounts under the Debtors' 15.00% PIK/Cash Senior Secured First Lien Notes due 2025, 10.00% PIK/Cash Senior Secured Second Lien Notes due 2026 and asset-based lending facility are set forth in their respective outstanding principal amounts as of the Petition Date.

- Reference to the applicable indentures, loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, priority of any liens, guarantees, and descriptions of collateral relating to the bank debt contained on Schedule D are contained in the *Declaration of Adrian Frankum in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 19] (the "<u>First Day Declaration</u>").

- Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition funded debt, only the applicable administrative agent or indenture trustee has been listed for purposes of Schedule D.

- Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- Further, nothing on Schedule D shall be deemed an admission as to the validity of any lien. The Debtors made reasonable, good-faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(h)     **Schedule E/F – Creditors Who Have Unsecured Claims**

**Part 1 – Creditors with Priority Unsecured Claims.** Pursuant to the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 218] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may not be listed in Schedule E.

Furthermore, pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursement Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 83] (the "Wages Order"), the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Part 2 – Creditors with Nonpriority Unsecured Claims.** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of Claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect

the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured claims. Amounts shown are as of the Petition Date. However, to the extent that payments were made under authority of the Court's Orders, such amounts may have been reduced. Conversely, to the extent that additional invoices for prepetition amounts are subsequently posted to the Debtors' systems, such amounts may increase.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Schedule E/F, Part 2, does not include Claims that may arise in connection with the rejection of any executory contracts and unexpired leases that have been or may be rejected.

In many cases, the Claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a Claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such Claim.

The Debtors have made reasonable efforts to locate and identify Guarantees in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. It is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing. Additionally, failure to list any Guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guarantees not listed.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if and as they receive such invoices.

(i)     **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, some relationships between the Debtors and certain counterparties are governed by a master services agreement or master license agreement, under which such counterparties also place work and purchase orders, which may be considered executory contracts. Some relationships

between the Debtors and certain counterparties are governed by sublicensing agreements, under which the counterparties contract with third-party vendors to provide goods and services to the Debtors, and such agreements may be considered executory contracts.  Disclosure of these purchase and work orders, however, is impracticable and unduly burdensome.  Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements or master license agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

(j)     Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items, which, to the extent such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' Claims with respect to such delivered goods are included on Schedule E/F.  Similarly, in the ordinary course of business, the Debtors may have issued numerous statements of work or similar documents for services, which, to the extent such statements of work or similar documents constitute executory contracts, may not be listed individually on Schedule G.  To the extent services were delivered under statements of work prior to the Petition Date, vendors' Claims with respect to such services are included on Schedule E/F.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim.

17

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements, or portions thereof, are not impaired by the omission.

2.   **Specific Statements Disclosures.**

(a)   **Statements, Part 1, Questions 1 and 2.**  The gross revenue reported for the current fiscal year is through the Petition Date, while the non-business revenue reported for the current fiscal year is through the Reporting Date. Anagram International, Inc., through their joint venture agreement with with Convergram Mexico, S. De R.L de C.V. ("Convergram"), owns a 49.9% equity interest, which entitles them to non-operating revenues through the profit-sharing program.

(b)   **Statements, Part 2, Question 3 – 90 Day Payments.**  The Debtors have responded to Statement, Part 2, Question 3 in a detailed format by creditor.  The response to Statement, Part 2, Question 3 includes any disbursement or other transfer made by the Debtors except for those made to (i) insiders or other Debtors (which payments appear in response to Statement, Part 2, Question 4), (ii) non-insider employees, and (iii) bankruptcy professionals (which payments appear in response to Statement, Part 6, Question 11).  In addition, the response to Statement, Part 2, Question 3 does not include checks that were either voided or not presented before the Petition Date.

**Statements, Part 2, Question 4.** To the extent:  (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

The inclusion of a party as an "insider" is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and such rights, Claims, and defenses are hereby expressly reserved.

(c)   **Statements, Part 3, Question 7.**  Although the Debtors believe they were diligent in their efforts, certain lawsuits and proceedings may have been excluded inadvertently in the Debtors' response to SOFA, Question 7. Additionally, the Debtors may have causes of action against other parties that have not formally been commenced, and thus any such causes of action have not been included on SOFA Part 3, Question 7. The Debtors reserve all of their rights to amend or supplement their response to SOFA Part 3, Question 7.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of such actions shall not

constitute an admission by the Debtors of any liabilities or that the actions were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

In the event that the Debtors discover additional information pertaining to these legal actions identified in response to SOFA Part 3, Question 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof and reserve all rights to do so.

The response to this question excludes normal-course state audit activities.

(d)     **Statements, Part 4, Question 5.**   The Debtors return products in the ordinary course due to defect, or if the product is not needed. The Debtors did not list any of these types of ordinary course returns in response to SOFA Part 2, Question 5.

(e)     **Statements, Part 4, Question 9 – Gifts.**   The Debtors do not specifically keep track of gifts or charitable contributions.  The amounts listed in Statements, Part 4, Question 9 were based on a manual review of items in the Debtors' books and records determined to be gifts or charitable contributions.  As a result, inadvertent errors or omissions may exist.

(f)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Commencement Date.  The services rendered pertain to (i) debt restructuring and liquidity management, (ii) relief under the Bankruptcy Code, (iii) preparation of bankruptcy petitions and filings, and/or (iv) bankruptcy financing.  Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

(g)     **Statements, Part 6, Question 13.**   The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties.  These types of ordinary course transfers have not been disclosed.  The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party.  These types of transfers have not been disclosed.

(h)     **Statements, Part 11, Question 21 – Property Held for Another.**  The Debtors engage in a consignment program with a vendor whereby the inks owned by the vendor are stored at the Debtor's manufacturing facility and are only purchased when consumed. Such program is listed on Part 11, Question 21.

(i)     **Statements, Part 13, Question 26 – Books, Records and Financial Statements.**  The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have provided lists of these parties in their

Responses to Statement Question 26 only to the extent such information was available upon recollection from Debtor personnel.

(j)     **Statements, Part 13, Question 27 – Inventories.**  The Debtors perform daily cycle counts at their distribution center and inventory counts at their manufacturing facility.

(k)     **Statements, Part 13, Question 29 – Former Directors and Officers.** Commercially reasonable efforts have been made to provide accurate and complete information regarding the former directors, managing members, general partners, members, or shareholders who were in control of the Debtors within one year before the Petition Date but who no longer hold these positions.  Inadvertent errors or omissions may exist.

(l)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Answers to this question are provided in Statement Question 4.

\*       \*       \*       \*       \*

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ............................................................................................

        $ _____ Undetermined

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ............................................................................................

        $ 106,210,071.80 + Undetermined

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ............................................................................................

        $ 106,210,071.80 + Undetermined

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................

    $ 240,406,692.20 + Undetermined

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................................

        $ _____ Undetermined

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................

        + $ 8,233,056.67 + Undetermined

4. **Total liabilities**

    Lines 2 + 3a + 3b .........................................................................................................

    $ 248,639,748.87 + Undetermined

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1  None                                                                  $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1  See Schedule A/B 3 - Part 1 Attachment   _____   _____   $        6,681,676.01

4. **Other cash equivalents** *(Identify all)*

   4.1  None                                                                  $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $        6,681,676.01

Debtor: Anagram International, Inc.
_____
Name

Case number *(if known)*: 23-90902

---

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 See Schedule A/B 7 - Part 2 Attachment | $ | 1,292,157.07 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 See Schedule A/B 8 - Part 2 Attachment | $ | 2,059,504.56 |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$      3,351,661.63

---

Debtor: Anagram International, Inc.

Case number *(if known)*: 23-90902

Name

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ | 21,374,004.37 | - $ | 245,801.05 | =..... ➔ | $ | 21,128,203.32 |
| 11b. | Over 90 days old: | Accounts Receivable | $ | 3,718,778.88 | - $ | 181,765.96 | =..... ➔ | $ | 3,537,012.92 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 24,665,216.24

---

Official Form 206 A/B                **Schedule A/B: Assets - Real and Personal Property**                Page 3 of 12

Debtor: Anagram International, Inc.
_____
Name

Case number *(if known)*:  23-90902

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 None | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 Anagram International Holdings, Inc. | 100.0% | $ | Undetermined |
| 15.2 Convergram Mexico, S. De R.L de C.V. | 49.9% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None    $

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$                    Undetermined

Debtor: Anagram International, Inc.
_____
Name

Case number *(if known):* 23-90902

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Purchased Components | | $ 2,726,876.40 | Book | $ 2,726,876.40 |
| 19.2 Raw Material | | $ 4,506,449.22 | Book | $ 4,506,449.22 |
| **20. Work in progress** | | | | |
| 20.1 In Transit | | $ 18,913.39 | Book | $ 18,913.39 |
| 20.2 Open Work Orders | | $ 2,178,734.86 | Book | $ 2,178,734.86 |
| 20.3 Spare Parts Inventory | | $ 183,183.43 | Book | $ 183,183.43 |
| 20.4 Work In Process | | $ 10,143,418.02 | Book | $ 10,143,418.02 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Accessories | | $ 1,610,730.24 | Book | $ 1,610,730.24 |
| 21.2 Finished Goods | | $ 26,373,585.64 | Book | $ 26,373,585.64 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 47,741,891.20

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.

Description  See Global Notes    Book value $ Undetermined    Valuation method ____    Current value $ Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor: Anagram International, Inc.

Name

Case number *(if known)*: 23-90902

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor: Anagram International, Inc.

Name

Case number *(if known)*: 23-90902

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Chairs | $ 3,471.09 | Book | $ 3,471.09 |
| 39.2 Desks | $ 1,501.49 | Book | $ 1,501.49 |
| 39.3 Other Office Furniture | $ 4,391.04 | Book | $ 4,391.04 |
| 39.4 Tables | $ 6,842.75 | Book | $ 6,842.75 |
| **40. Office fixtures** | | | |
| 40.1 Cabinets | $ 10,312.43 | Book | $ 10,312.43 |
| 40.2 Cubicles | $ 86,063.09 | Book | $ 86,063.09 |
| 40.3 Display Racks/Store Walls | $ 824,346.96 | Book | $ 824,346.96 |
| 40.4 Other Office Fixtures | $ 3,030.77 | Book | $ 3,030.77 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See Schedule A/B 41 - Part 7 Attachment | $ 1,605,037.53 | | $ 1,605,037.53 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 2,544,997.15

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Anagram International, Inc.

Name

Case number *(if known)*: 23-90902

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 - Part 8 Attachment | $                14,262.58 | | $                14,262.58 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 - Part 8 Attachment | $        21,210,366.99 | | $        21,210,366.99 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$                21,224,629.57

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor: Anagram International, Inc.

Name

Case number *(if known):* 23-90902

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Real Property - 5300 West 76th Street, Edina, MN, 55439 | Lease | $        Undetermined | | $        Undetermined |
| 55.2 | Real Property - 5501 W. Old Shakopee Road, Bloomington, MN, 55437 | Lease | $        Undetermined | | $        Undetermined |
| 55.3 | Real Property - 7670 Executive Drive, Eden Prairie, MN, 55344 | Lease | $        Undetermined | | $        Undetermined |
| 55.4 | Real Property - 7700 Anagram Drive , Eden Prairie, MN 55344 | Lease | $        Undetermined | | $        Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$        Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Anagram International, Inc.

Name

Case number *(if known)*: 23-90902

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 - Part 10 Attachment | $          Undetermined | | $          Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 - Part 10 Attachment | $          Undetermined | | $          Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 See Schedule A/B 62 - Part 10 Attachment | $          Undetermined | | $          Undetermined |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer relationships | $          2,499,999.92 | | $          Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 Goodwill | $          23,661,200.46 | | $          Undetermined |
| 65.2 Goodwill from AMSCAN | $          27,724,645.90 | | $          Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$          Undetermined

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: Anagram International, Inc.

Name

Case number *(if known):* 23-90902

---

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

71. **Notes receivable**

    Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

    71.1  None          $ _____ - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    72.1  None          Tax year _____          $ _____

73. **Interests in insurance policies or annuities**

    73.1  See Schedule A/B 73 - Part 11 Attachment          $          Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1  None          $ _____

    Nature of claim          _____

    Amount requested          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75.1  None          $ _____

    Nature of claim          _____

    Amount requested          $ _____

76. **Trusts, equitable or future interests in property**

    76.1  None          $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    77.1  None          $ _____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.          $          Undetermined

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

Debtor: Anagram International, Inc.

Name

Case number (if known): 23-90902

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,681,676.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,351,661.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 24,665,216.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 47,741,891.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,544,997.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,224,629.57 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................➔ | | $ Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ Undetermined | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 106,210,071.80 + Undetermined | + 91b. $ Undetermined |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................. | | $ 106,210,071.80 + Undetermined |

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Computershare Trust Company, N.A., as
Collateral Trustee

Creditor's Name

**Creditor's mailing address**

Notice Name
1015 10th Ave SE
Street

| Minneapolis | MN | 55414 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

Date debt was incurred          7/30/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐  No
☑  Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  See Global Notes

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all existing or acquired property (UCC
Initial Filing No. 20205238821)          $   125,300,000.00   $   Undetermined

**Describe the lien**

Senior Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

| Debtor: | Anagram International, Inc. | Case number *(if known):* | 23-90902 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Crown Equipment Corporation

Creditor's Name

**Creditor's mailing address**

Notice Name

44 S. Washington Street

Street

| New Bremen | OH | 45869 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   8/1/2014

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Leased Equipment (UCC Initial Filing No. 201437465689)    $   Undetermined   $   Undetermined

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

Debtor: Anagram International, Inc.
Name

Case number *(if known)*   23-90902

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3 Creditor's name**

WELLS FARGO BANK N.A.
Creditor's Name

**Creditor's mailing address**

Notice Name
10 S WACKER DRIVE, 26TH FLOOR
Street

CHICAGO    IL    60606
City    State    ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/7/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　See Global Notes

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all assets and interests in assets (UCC Initial Filing No. 20213584415)    $    6,206,692.20    $    Undetermined

**Describe the lien**

Senior Lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Anagram International, Inc.

Name

Case number *(if known)* 23-90902

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Wilmington Savings Fund Society, FSB, as Collateral Trustee

Creditor's Name

**Creditor's mailing address**

Notice Name

500 Delaware Ave

Street

| Wilmington | DE | 19801 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   7/30/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
    - ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Global Notes
    - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Substantially all existing or acquired property (UCC Initial Filing No. 20205238920)

$ 108,900,000.00    $   Undetermined

**Describe the lien**

Junior Lien

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$   240,406,692.20
+ Undetermined

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                      State                ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.
☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address**<br>See Schedule E/F Part 1 Attachment | **As of the petition filing date, the claim is:** $<br>*Check all that apply.* | Undetermined $ | Undetermined |

Creditor Name

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

Address

**Basis for the claim:**

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F Part 2 Attachment

Creditor Name

_____

Creditor's Notice name

_____

Address

_____

_____

_____  _____  _____
City        State        ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐  No

☐  Yes

$                    8,233,056.67

**Part 3:      List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City            State            ZIP Code | | |
| Country | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $      Undetermined |
| 5b.  **Total claims from Part 2** | 5b. **+** | $      8,233,056.67 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      8,233,056.67<br>+ Undetermined |

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment | |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | City    State    ZIP Code |
| | | | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable to a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 Anagram Holdings, LLC | 7700 Anagram Drive | | Computershare Trust Company, N.A., as Collateral Trustee | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Eden Parie | MN   55344 | | |
| | City | State   ZIP Code | | |
| | Country | | | |
| 2.2 Anagram Holdings, LLC | 7700 Anagram Drive | | Wells Fargo Bank NA | ☑ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | Eden Parie | MN   55344 | | |
| | City | State   ZIP Code | | |
| | Country | | | |

Debtor: Anagram International, Inc.

Name

Case number *(if known)*   23-90902

| | | | |
|---|---|---|---|
| 2.3 Anagram Holdings, LLC | 7700 Anagram Drive | Wilmington Savings Fund Society, FSB, as Collateral Trustee | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Eden Parie | MN | 55344 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.4 Anagram International Holdings, Inc. | 7700 Anagram Drive | Computershare Trust Company, N.A., as Collateral Trustee | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Eden Parie | MN | 55344 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.5 Anagram International Holdings, Inc. | 7700 Anagram Drive | Wells Fargo Bank NA | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Eden Parie | MN | 55344 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.6 Anagram International Holdings, Inc. | 7700 Anagram Drive | Wilmington Savings Fund Society, FSB, as Collateral Trustee | ☑ D |
| | Street | | |
| | | | ☐ E/F |
| | | | ☐ G |
| | Eden Parie | MN | 55344 |
| | City | State | ZIP Code |
| | Country | | |

Fill in this information to identify the case:

Debtor Name: In re : Anagram International, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 23-90902 (MI)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2023
              MM / DD / YYYY

✖ / s / Christopher Wiles
Signature of individual signing on behalf of debtor

Christopher Wiles
Printed name

Vice President of Finance & Administration
Position or relationship to debtor

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 3 - Part 1:
Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Checking Account | 8408 | $14,771.13 |
| Bank of America | Collateral Account | 3407 | $50,003.64 |
| Bank of America | Disbursements Account | 2566 | $0.00 |
| Bank of America | Master Account | 0057 | $27,597.57 |
| Wells Fargo Bank N.A. | Collection Account | 2726 | $0.00 |
| Wells Fargo Bank N.A. | DIP Notes Proceeds Account | 2759 | $79,536.56 |
| Wells Fargo Bank N.A. | Disbursements Account | 2742 | $0.00 |
| Wells Fargo Bank N.A. | Master Concentration Account | 2734 | $5,509,767.11 |
| Wells Fargo Bank N.A. | Restricted Cash Account | 2767 | $1,000,000.00 |
| | | TOTAL: | $6,681,676.01 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 7 - Part 2:
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Lease Deposit | MNJV BDC, LLC | $1,000,000.00 |
| Misc. down payment vendor | Univar | $1,196.00 |
| Misc. down payment vendor | Emkat Solutions Inc | $41,547.44 |
| Misc. down payment vendor | Randahl Construction Inc | $14,335.00 |
| Security Deposit | Canada Revenue Agency | $9,416.77 |
| Security Deposit | Symmetry Energy Solutions LLC | $50,000.00 |
| Upfront Payment - Stock Vendor | Arcus Industrial Limited | $15,120.16 |
| Upfront Payment - Stock Vendor | Lu An Yuxing Imp & Exp Trad Co Ltd | $30,023.00 |
| Upfront Payment - Stock Vendor | Quanzhou East | $12,207.00 |
| Upfront Payment - Stock Vendor | Toray | $105,212.74 |
| Upfront Payment - Stock Vendor | Wuxi Raychina Intl'l Corp | $13,098.96 |
| | TOTAL: | $1,292,157.07 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 8 - Part 2:
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Other Prepaid Expense | Catalogs | $40,842.62 |
| Other Prepaid Expense | Intertek Testing | $24,413.98 |
| Other Prepaid Expense | San Diego Gas & Electric | $64,285.68 |
| Prepaid D&O Insurance | CAC Specialty | $256,666.67 |
| Prepaid IT Licence | Advanced Systems Integration | $10,219.72 |
| Prepaid IT Licence | Aras Corporation | $3,183.24 |
| Prepaid IT Licence | Gsoft Technologies | $999.20 |
| Prepaid IT Licence | License My Software | $3,191.79 |
| Prepaid IT Licence | Lucid Software Inc | $2,025.00 |
| Prepaid IT Licence | Motio | $1,776.00 |
| Prepaid IT Licence | Netwrix | $2,885.05 |
| Prepaid IT Licence | Sprout Social | $3,411.80 |
| Prepaid IT Licence | Zmags | $666.64 |
| Prepaid IT Maintenance | 1WORLDSYNC | $3,264.82 |
| Prepaid IT Maintenance | ABETECH | $32,242.12 |
| Prepaid IT Maintenance | Acquia | $21,128.96 |
| Prepaid IT Maintenance | Barcodes | $5,670.75 |
| Prepaid IT Maintenance | CASCO | $16,977.34 |
| Prepaid IT Maintenance | Colex | $2,266.68 |
| Prepaid IT Maintenance | D3 Technologies | $18,443.96 |
| Prepaid IT Maintenance | eCapital | $30,716.22 |
| Prepaid IT Maintenance | Emkat | $16,157.24 |
| Prepaid IT Maintenance | Esko Graphics | $9,724.91 |
| Prepaid IT Maintenance | GoEngineer | $50,810.91 |
| Prepaid IT Maintenance | GS Systems | $17,949.28 |
| Prepaid IT Maintenance | Hexagon | $1,400.02 |
| Prepaid IT Maintenance | Identisys | $4,502.62 |
| Prepaid IT Maintenance | INFOR | $11,838.31 |
| Prepaid IT Maintenance | NDC Infrared Engineering | $10,802.68 |
| Prepaid IT Maintenance | Nutech Systems | $4,827.28 |
| Prepaid IT Maintenance | ProData | $256.33 |
| Prepaid IT Maintenance | Prototek Engineering | $479.57 |
| Prepaid IT Maintenance | Relex Logistic | $9,994.81 |
| Prepaid IT Maintenance | Sage Software | $4,773.91 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 8 - Part 2:
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid IT Maintenance | Summit Information Resources | $62,217.49 |
| Prepaid IT Maintenance | Unicom Systems, Inc | $2,377.22 |
| Prepaid Patent | Briggs & Morgan | $28,401.71 |
| Prepaid Patent | Hogan Lovells | $28,824.07 |
| Prepaid Patent | Taft Stettinius & Hollister | $17,285.42 |
| Prepaid Rent | MNJV BDC, LLC | $263,879.05 |
| Prepaid Rent | RTA Edenvale 7J Social, LLC | $2,709.61 |
| Prepaid Trade Show | IFE | $2,839.32 |
| Royalty Advance Payment | Anidraks | $333.70 |
| Royalty Advance Payment | BMG | $3,738.40 |
| Royalty Advance Payment | Capizzi | $928.05 |
| Royalty Advance Payment | Chrysalis | $928.05 |
| Royalty Advance Payment | Disney Music | $588.14 |
| Royalty Advance Payment | Disney Records | $634.54 |
| Royalty Advance Payment | EMI | $7,732.32 |
| Royalty Advance Payment | Foreign Imported Productions and Publishing | $1,158.43 |
| Royalty Advance Payment | Magic International | $12,466.97 |
| Royalty Advance Payment | Peer International Group | $968.70 |
| Royalty Advance Payment | Sony | $617.70 |
| Royalty Advance Payment | Warner/Chappell Music | $819.50 |
| Royalty Advance Payment | WD Properties | $931,260.06 |
| | TOTAL: | $2,059,504.56 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 41 - Part 7:
Office equipment

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Camera Equipment | $1,057.46 | Book | $1,057.46 |
| Compressor Equipment | $0.00 | Book | $0.00 |
| Computer Equipment | $488,892.98 | Book | $488,892.98 |
| Fax Equipment | $0.00 | Book | $0.00 |
| General Office Equipment | $242,469.97 | Book | $242,469.97 |
| Networking Equipment | $273,070.63 | Book | $273,070.63 |
| Printing Equipment | $57,404.31 | Book | $57,404.31 |
| Refrigeration Equipment | $6,244.24 | Book | $6,244.24 |
| Scanning Equipment | $20,001.06 | Book | $20,001.06 |
| Server Equipment | $38,632.85 | Book | $38,632.85 |
| Shredding Equipment | $0.00 | Book | $0.00 |
| Software | $438,706.00 | Book | $438,706.00 |
| Telephonic Equipment | $38,558.03 | Book | $38,558.03 |
| TOTAL: | $1,605,037.53 | TOTAL: | $1,605,037.53 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 47 - Part 8:
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Model | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Electric Jack - Double #3310 | $0.00 | Book | $0.00 |
| Electric Pallet Jack | $0.00 | Book | $0.00 |
| Electric Walkie #3309 | $0.00 | Book | $0.00 |
| Fork Lift Truck | $0.00 | Book | $0.00 |
| Forklift | $0.00 | Book | $0.00 |
| Forklift | $0.00 | Book | $0.00 |
| Forklift Lease RD5725 #3014 | $0.00 | Book | $0.00 |
| Forklift Lease RR5715 #3013 | $0.00 | Book | $0.00 |
| Forklift Lease S/N 1A398896 #3288 | $7,131.29 | Book | $7,131.29 |
| Forklift Lease S/N 1A399137 #3260 | $7,131.29 | Book | $7,131.29 |
| Hand Pallet Truck | $0.00 | Book | $0.00 |
| Hydraulic Pallet | $0.00 | Book | $0.00 |
| JLG 20' Scissor Lift | $0.00 | Book | $0.00 |
| Reach Truck | $0.00 | Book | $0.00 |
| Reach Truck | $0.00 | Book | $0.00 |
| Revolator Forklift | $0.00 | Book | $0.00 |
| Rider Forklift Truck | $0.00 | Book | $0.00 |
| Rider Reach/Charger | $0.00 | Book | $0.00 |
| Scissor Lift | $0.00 | Book | $0.00 |
| Stock Picker #3306 | $0.00 | Book | $0.00 |
| Stock Picker 312 | $0.00 | Book | $0.00 |
| Stockpicker | $0.00 | Book | $0.00 |
| Stockpicker | $0.00 | Book | $0.00 |
| Stockpicker | $0.00 | Book | $0.00 |
| Stockpicker | $0.00 | Book | $0.00 |
| Sweeper/Scrubber Asset #2587 | $0.00 | Book | $0.00 |
| | $14,262.58 | TOTAL: | $14,262.58 |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 50 - Part 8:
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Machinery and equipment | $19,007,037.19 | Book | $19,007,037.19 |
| Product Development | $2,192,943.13 | Book | $2,192,943.13 |
| Cust/Flex Product Develop | $10,386.67 | Book | $10,386.67 |
| TOTAL: | **$21,210,366.99** | TOTAL: | **$21,210,366.99** |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0000224422) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0000595935) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206709) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206710) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206711) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206712) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206713) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206714) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206715) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206716) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206717) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206718) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206719) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001206720) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001845366) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001845367) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846382) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846383) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846384) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846385) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846387) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846389) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846392) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001846394) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0001854050) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002058009) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002058010) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002059083) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059084) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059085) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059095) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059097) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059112) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059116) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059118) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059120) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059121) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059125) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059128) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059129) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002059132) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002060573) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002062023) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002070707) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002070709) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002070715) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002070717) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002070719) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073092) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073093) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073094) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073096) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073097) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073098) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002073099) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073100) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073301) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073740) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073743) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073772) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002073774) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002075758) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002085623) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002085770) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002085924) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002092800) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002092804) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002093893) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002095565) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002113901) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002115452) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002117643) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002117662) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002118004) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002118018) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002136937) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002136938) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002137198) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002141436) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002141518) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002141520) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002141537) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002153036) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002156842) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002157292) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002157409) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002157817) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002157952) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158348) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158357) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158367) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158373) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158377) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158379) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158436) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158472) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158479) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158481) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158489) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158608) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158610) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158615) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002158628) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002159184) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002159185) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002159186) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002160051) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002160054) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002176628) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002176629) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002176631) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002176633) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002182674) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002182738) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002182740) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002185233) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002185234) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192001) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192008) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192096) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192097) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192366) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192633) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002192675) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002193393) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002193405) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002193989) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194120) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194121) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194135) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194139) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194145) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194163) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194167) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194172) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002194176) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194864) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194880) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194918) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194919) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002194921) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002195203) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002195205) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002195207) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197424) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197440) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197444) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197447) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197452) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197607) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197760) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002197932) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002198723) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002198751) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002204649) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207689) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207692) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207694) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207699) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207701) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207763) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207765) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002207766) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207767) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207768) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207785) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207789) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207791) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207797) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207821) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207831) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207832) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207833) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207835) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002207836) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002210948) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002246959) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002246962) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002246963) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247027) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247028) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247337) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247339) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247340) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247342) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247524) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247560) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247564) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002247815) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights (App. No. VA0002251180) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002270237) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002280760) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002281755) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002282121) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002303923) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002303928) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002303977) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002304160) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002304186) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002304187) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002304188) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002311155) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002317483) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002349977) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002349995) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002351564) | Undetermined | | Undetermined |
| Copyrights (App. No. VA0002368447) | Undetermined | | Undetermined |
| Patent - Australia (App. No. AU2021241357) | Undetermined | | Undetermined |
| Patent - Canada (App. No. CA3173202) | Undetermined | | Undetermined |
| Patent - China (App. No. CN202180031312) | Undetermined | | Undetermined |
| Patent - Europe (App. No. EP17734926) | Undetermined | | Undetermined |
| Patent - Europe (App. No. EP21776186) | Undetermined | | Undetermined |
| Patent - Israel (App. No. IL296810) | Undetermined | | Undetermined |
| Patent - Korea (App. No. KR1020227036315) | Undetermined | | Undetermined |
| Patent - Mexico (App. No. MX2018015602) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS06012883) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - PCT (App. No. WOUS07013164) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS09067882) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS11036800) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS17038558) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS21019365) | Undetermined | | Undetermined |
| Patent - PCT (App. No. WOUS89002589) | Undetermined | | Undetermined |
| Patent - United States (App. No. US12202655) | Undetermined | | Undetermined |
| Patent - United States (App. No. US12317595) | Undetermined | | Undetermined |
| Patent - United States (App. No. US13196495) | Undetermined | | Undetermined |
| Patent - United States (App. No. US13196554) | Undetermined | | Undetermined |
| Patent - United States (App. No. US13729805) | Undetermined | | Undetermined |
| Patent - United States (App. No. US16828151) | Undetermined | | Undetermined |
| Patent - United States (App. No. US17670201) | Undetermined | | Undetermined |
| Patent - United States (App. No. US17931967) | Undetermined | | Undetermined |
| Trademark - Argentina (App. No. 3519292) | Undetermined | | Undetermined |
| Trademark - Argentina (App. No. 3676363) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 1835318) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 1835348) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 1980613) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 2057341) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 2058245) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 2269327) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 2270726) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 2283305) | Undetermined | | Undetermined |
| Trademark - Australia (App. No. 625755) | Undetermined | | Undetermined |
| Trademark - Bolivia (App. No. 4860/2010 / Reg. No. 132869) | Undetermined | | Undetermined |
| Trademark - Brazil (App. No. 818422920) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Brazil (App. No. 903126885) | Undetermined | | Undetermined |
| Trademark - Brazil (App. No. 913166596) | Undetermined | | Undetermined |
| Trademark - Canada (App. No. 1876019) | Undetermined | | Undetermined |
| Trademark - Canada (App. No. 2198051) | Undetermined | | Undetermined |
| Trademark - Chile (App. No. 1277020 / Reg. No. 1279147) | Undetermined | | Undetermined |
| Trademark - Chile (App. No. 927825 / Reg. No. 988813) | Undetermined | | Undetermined |
| Trademark - China (App. No. 12182800-28 / Reg. No. 12182800) | Undetermined | | Undetermined |
| Trademark - China (App. No. 5863755-28 / Reg. No. 5863755) | Undetermined | | Undetermined |
| Trademark - Colombia (App. No. 10135417) | Undetermined | | Undetermined |
| Trademark - Colombia (App. No. SD20190040084 / Reg. No. 636923) | Undetermined | | Undetermined |
| Trademark - Costa Rica (App. No. 2010-0010118 / Reg. No. 210115) | Undetermined | | Undetermined |
| Trademark - Ecuador (App. No. M237312 / Reg. No. 4937) | Undetermined | | Undetermined |
| Trademark - Ecuador (App. No. M237313 / Reg. No. 4938) | Undetermined | | Undetermined |
| Trademark - El Salvador (App. No. 20100143840) | Undetermined | | Undetermined |
| Trademark - El Salvador (App. No. 2010105154) | Undetermined | | Undetermined |
| Trademark - European Union (EUTM) (App. No. 11866944 / Reg. No. 11866944) | Undetermined | | Undetermined |
| Trademark - European Union (EUTM) (App. No. 18096666 / Reg. No. 18096666) | Undetermined | | Undetermined |
| Trademark - European Union (EUTM) (App. No. 294686 / Reg. No. 294686) | Undetermined | | Undetermined |
| Trademark - Honduras (App. No. 32789-2010) | Undetermined | | Undetermined |
| Trademark - Hong Kong (App. No. 302521881 / Reg. No. 302521881) | Undetermined | | Undetermined |
| Trademark - Hong Kong (App. No. 302521890 / Reg. No. 302521890) | Undetermined | | Undetermined |
| Trademark - Hong Kong (App. No. 304221530 / Reg. No. 304221530) | Undetermined | | Undetermined |
| Trademark - India (App. No. 684826 / Reg. No. 684826) | Undetermined | | Undetermined |
| Trademark - Indonesia (App. No. ) | Undetermined | | Undetermined |
| Trademark - Indonesia (App. No. DID2018007907 / Reg. No. IDM000740363) | Undetermined | | Undetermined |
| Trademark - Indonesia (App. No. DID2020007187 / Reg. No. IDM000877961) | Undetermined | | Undetermined |
| Trademark - Israel (App. No. 121739) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Israel (App. No. 298339) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 1983-103380 / Reg. No. 1844196) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 1989-005670 / Reg. No. 2712860) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 2019-098870 / Reg. No. 6262058) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 2019-098871 / Reg. No. 6262059) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 2019-098872 / Reg. No. 6262060) | Undetermined | | Undetermined |
| Trademark - Japan (App. No. 2021-053586 / Reg. No. 6488047) | Undetermined | | Undetermined |
| Trademark - Kuwait (App. No. 190778) | Undetermined | | Undetermined |
| Trademark - Lebanon (App. No. 180785) | Undetermined | | Undetermined |
| Trademark - Malaysia (App. No. 2013051075 / Reg. No. 2013051075) | Undetermined | | Undetermined |
| Trademark - Malaysia (App. No. 2013051076 / Reg. No. 2013051076) | Undetermined | | Undetermined |
| Trademark - Malaysia (App. No. 2018000573) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M1947638 / Reg. No. 1905731) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2546252 / Reg. No. 2285203) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2546254) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2691493) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2757639) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2790400) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M2790401) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M300360 / Reg. No. 580379) | Undetermined | | Undetermined |
| Trademark - Mexico (App. No. M300361 / Reg. No. 692135) | Undetermined | | Undetermined |
| Trademark - Nicaragua (App. No. M2010-003420 / Reg. No. 2015111766) | Undetermined | | Undetermined |
| Trademark - Nicaragua (App. No. M2010-003421 / Reg. No. 2014101255) | Undetermined | | Undetermined |
| Trademark - Norway (App. No. 199808908) | Undetermined | | Undetermined |
| Trademark - Panama (App. No. M263719-01 / Reg. No. 263719) | Undetermined | | Undetermined |
| Trademark - Panama (App. No. M73300-01 / Reg. No. 73300) | Undetermined | | Undetermined |
| Trademark - Panama (App. No. M76956-01 / Reg. No. 76956) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Paraguay (App. No. 1046268) | Undetermined | | Undetermined |
| Trademark - Paraguay (App. No. 1046271 / Reg. No. 359635) | Undetermined | | Undetermined |
| Trademark - Paraguay (App. No. 2201508) | Undetermined | | Undetermined |
| Trademark - Peru (App. No. M436458/2010 / Reg. No. P00172517) | Undetermined | | Undetermined |
| Trademark - Peru (App. No. M55055/1998 / Reg. No. P00047597) | Undetermined | | Undetermined |
| Trademark - Peru (App. No. M716970/2017 / Reg. No. T00018406) | Undetermined | | Undetermined |
| Trademark - Peru (App. No. M780484/2019 / Reg. No. P00276402) | Undetermined | | Undetermined |
| Trademark - Peru (App. No. M780484/2019) | Undetermined | | Undetermined |
| Trademark - Qatar (App. No. 115820) | Undetermined | | Undetermined |
| Trademark - Saudi Arabia (App. No. 1438021948) | Undetermined | | Undetermined |
| Trademark - Singapore (App. No. 40201718053S) | Undetermined | | Undetermined |
| Trademark - Singapore (App. No. 40202256597V) | Undetermined | | Undetermined |
| Trademark - South Africa (App. No. 1995/11805) | Undetermined | | Undetermined |
| Trademark - South Africa (App. No. 1995/11806) | Undetermined | | Undetermined |
| Trademark - South Africa (App. No. 1995/11807) | Undetermined | | Undetermined |
| Trademark - South Africa (App. No. 2019/00291) | Undetermined | | Undetermined |
| Trademark - Spain (App. No. M1628560 / Reg. No. M1628560) | Undetermined | | Undetermined |
| Trademark - Taiwan (App. No. 107006547 / Reg. No. 1935941) | Undetermined | | Undetermined |
| Trademark - Turkey (App. No. 2017/84620 / Reg. No. 2017 84620) | Undetermined | | Undetermined |
| Trademark - Ukraine (App. No. m201911197 / Reg. No. 294214) | Undetermined | | Undetermined |
| Trademark - United Arab Emirates (App. No. 275435) | Undetermined | | Undetermined |
| Trademark - United Kingdom (App. No. UK00801365172 / Reg. No. UK00801365172) | Undetermined | | Undetermined |
| Trademark - United Kingdom (App. No. UK00900294686 / Reg. No. UK00900294686) | Undetermined | | Undetermined |
| Trademark - United Kingdom (App. No. UK00911866944 / Reg. No. UK00911866944) | Undetermined | | Undetermined |
| Trademark - United Kingdom (App. No. UK00918096666 / Reg. No. UK00918096666) | Undetermined | | Undetermined |
| Trademark - Uruguay (App. No. 536277) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 73746711 / Reg. No. 1533437) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - US Federal (App. No. 74457658 / Reg. No. 1905750) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 75087368 / Reg. No. 2052521) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 75087374 / Reg. No. 2052522) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 75707523 / Reg. No. 2598449) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 76977684 / Reg. No. 3002460) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 77072549 / Reg. No. 3322673) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 85744847 / Reg. No. 4322435) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 85938620 / Reg. No. 4509550) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 85938638 / Reg. No. 4509551) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 87437138 / Reg. No. 5345931) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88082621 / Reg. No. 5749340) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352229 / Reg. No. 5872958) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352489 / Reg. No. 5872972) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352584 / Reg. No. 5971018) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352648 / Reg. No. 5883471) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352664 / Reg. No. 5971020) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88352679 / Reg. No. 5872984) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88354550 / Reg. No. 5873198) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88354573 / Reg. No. 5942130) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88354584) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88354591 / Reg. No. 5873202) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 88356578 / Reg. No. 5948031) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 90738700 / Reg. No. 6751853) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 90850550 / Reg. No. 6754162) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 97330147 / Reg. No. 7042000) | Undetermined | | Undetermined |
| Trademark - US Federal (App. No. 97450060) | Undetermined | | Undetermined |
| Trademark - US State (App. No. PR 218113) | Undetermined | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 60 - Part 10:
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Venezuela (App. No. M2010/018883 / Reg. No. P312495) | Undetermined | | Undetermined |
| Trademark - Venezuela (App. No. M2019/000054) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1365172) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1630170) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1640770) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1661395) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1664833) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 1672353) | Undetermined | | Undetermined |
| Trademark - WIPO (Reg. No. 698035) | Undetermined | | Undetermined |
| TOTAL: | **Undetermined** | TOTAL: | **Undetermined** |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 61 - Part 10:
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| anagramballoon.com | Undetermined | | Undetermined |
| anagramballoon.info | Undetermined | | Undetermined |
| anagramballoon.net | Undetermined | | Undetermined |
| anagramballoon.org | Undetermined | | Undetermined |
| anagramballoons.com | Undetermined | | Undetermined |
| anagramballoons.info | Undetermined | | Undetermined |
| anagramballoons.net | Undetermined | | Undetermined |
| anagramballoons.org | Undetermined | | Undetermined |
| anagramdemexico.com | Undetermined | | Undetermined |
| anagramintl.com | Undetermined | | Undetermined |
| anagramusa.com | Undetermined | | Undetermined |
| heliumsavers.com | Undetermined | | Undetermined |
| heliumsaverspetites.com | Undetermined | | Undetermined |
| mdballoons.com | Undetermined | | Undetermined |
| singatune.com | Undetermined | | Undetermined |
| sing-a-tune.com | Undetermined | | Undetermined |
| singatuneballoon.com | Undetermined | | Undetermined |
| singatuneballoons.com | Undetermined | | Undetermined |
| valuelineballoons.com | Undetermined | | Undetermined |
| valuelineballoons.site | Undetermined | | Undetermined |
| xtralifeballoons.com | Undetermined | | Undetermined |
| xtralifeballoons.net | Undetermined | | Undetermined |
| TOTAL: | Undetermined | TOTAL: | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 62 - Part 10:
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| License Agreement - BBC Studios (Bluey) | Undetermined | | Undetermined |
| License Agreement - BBC Studios (merchandise) | Undetermined | | Undetermined |
| License Agreement - Disney Consumer Products (amended movie franchises) | Undetermined | | Undetermined |
| License Agreement - Disney Consumer Products (creative works) | Undetermined | | Undetermined |
| License Agreement - Disney Consumer Products (Inside Out 2 characters) | Undetermined | | Undetermined |
| License Agreement - Disney Consumer Products (movie franchises) | Undetermined | | Undetermined |
| License Agreement - Disney Consumer Products (Star Wars) | Undetermined | | Undetermined |
| License Agreement - Fanatics Retail Group (logos) | Undetermined | | Undetermined |
| License Agreement - Hasbro (copyrights and trademarks) | Undetermined | | Undetermined |
| License Agreement - Marvel Brands (characters) | Undetermined | | Undetermined |
| License Agreement - Mattel (trademark and copyrights) | Undetermined | | Undetermined |
| License Agreement - MGA Entertainment (L.O.L. SURPRISE) | Undetermined | | Undetermined |
| License Agreement - Moonbug Entertainment (CoComelon) | Undetermined | | Undetermined |
| License Agreement - NBA Properties (marks and mascots) | Undetermined | | Undetermined |
| License Agreement - NFL Properties (identified products) | Undetermined | | Undetermined |
| License Agreement - NHL Enterprises (names & characters) | Undetermined | | Undetermined |
| License Agreement - Nintendo of America (trademarks & copyrights) | Undetermined | | Undetermined |
| License Agreement - Party City Holdings (licensed IP) | Undetermined | | Undetermined |
| License Agreement - Sega of America (Sonic the Hedgehog) | Undetermined | | Undetermined |
| License Agreement - Sesame Workshop (names & graphics) | Undetermined | | Undetermined |
| License Agreement - SmileyWorld (trademarks and copyrights) | Undetermined | | Undetermined |
| License Agreement - Thomas Licensing (Thomas & Friends) | Undetermined | | Undetermined |
| License Agreement - Universal Studios (movie franchises) | Undetermined | | Undetermined |
| License Agreement - Warner Bros (movie franchises) | Undetermined | | Undetermined |
| **TOTAL:** | **Undetermined** | **TOTAL:** | **Undetermined** |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| AIG - Business Travel Accident | MTA 0009156527 | Undetermined |
| AIG - D&O 1st Excess | 01-588-54-48 | Undetermined |
| AIG - Excess EPL | 01-588-54-48 | Undetermined |
| Alchemy - Property | B080124310U23 | Undetermined |
| Allianz - Property | | Undetermined |
| Allianz - Punitive Wrap | | Undetermined |
| Allianz - XS Liability | USL003107233 | Undetermined |
| Amlin - Property | | Undetermined |
| Arch Insurance Company - Excess – Arch Essential Lead Side A DIC | ABL1000146-00 | Undetermined |
| Arch Insurance Company - Excess Cyber Liability | NPL0067050-02 | Undetermined |
| Ark - Property | | Undetermined |
| ARK2 - Property | B080122646U23 | Undetermined |
| Aspen - Property | PX00Q5K23A | Undetermined |
| Atrium - Property | B080122645U23 | Undetermined |
| Awac - Property | 0314-0907-1A | Undetermined |
| AXA XL - D&O Excess Side-A | ELU193195-23 | Undetermined |
| AXA XL - Excess Cyber Liability | MTE9032511 08 | Undetermined |
| AXA XL - Punitive Wrap | | Undetermined |
| AXA XL - XS Liability | US00064480LI23A | Undetermined |
| Axis - Property | | Undetermined |
| Axis (London) - Property | B080124362U23 | Undetermined |
| AXIS Surplus Insurance Company - Excess Cyber Liability | P-001-001263034-01 | Undetermined |
| Beazley - Crime | V25943230601 | Undetermined |
| Beazley - Property | B6012BUSAPROP23 | Undetermined |
| Beazley Ins Co - Primary Cyber Liability | W35B78230101 | Undetermined |
| Berkley  - D&O Lead Side-A | BPRO8099529 | Undetermined |
| Berkshire  - D&O Excess Side-A | 47-EMC-331550-01 | Undetermined |
| BRIT - Property | B080124328U23 | Undetermined |
| Chubb - D&O Primary | 8264-0322 | Undetermined |
| Chubb - EPL | 8264-0322 | Undetermined |
| Chubb - Fiduciary | 8264-0322 | Undetermined |
| Chubb - Inland Marine (Forklifts) | 0670-40-02 EUC | Undetermined |
| Chubb - International Package | CXC D37914563 010 | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| CORE / Starstone - Property | O84815231CSP | Undetermined |
| Crum & Forster Specialty Insurance Co. - Excess Cyber Liability | XEO 00 001 01 16 | Undetermined |
| Fidelis - Property | B080122647U23 | Undetermined |
| Hanseatic - Punitive Wrap | | Undetermined |
| HCC - Property | | Undetermined |
| Ki - Property | | Undetermined |
| Kinsale - Property | | Undetermined |
| Lex London - Property | B080118709U23 | Undetermined |
| Liberty Mutual - XS Liability | ECO (24) 64062528 | Undetermined |
| Lloyds - Strikes, Riots, Civil Commotion | | Undetermined |
| Lloyds - Terrorism – Active Assailant | B080114970L23 | Undetermined |
| Lloyds - Terrorism - Sabotage | B080116554L23 | Undetermined |
| Magna Carta - Punitive Wrap | | Undetermined |
| Magna Carta - Punitive Wrap | | Undetermined |
| Markel - Property | MKLV1XPR000789 | Undetermined |
| Mitsui - Property | EXP7001002 | Undetermined |
| Munich Re - Property | 78-A3-XP-0000875-02 | Undetermined |
| Navigators / Hartford - XS Liability | NY23RXSZ0D395IV | Undetermined |
| North Shore (Aspen) - Excess CA Earthquake | NSM43279 | Undetermined |
| Partner Re - Property | B080122648U23 | Undetermined |
| QBE Insurance Corporation - D&O Excess | 130005785 | Undetermined |
| RSUI - Property | LHD938418 | Undetermined |
| Sompo (Bda) - Property | BPD30000497600 | Undetermined |
| Starr - Property | SLSTPTY11926723 | Undetermined |
| Starr Specialty - Property | 23SLCFM12161401 | Undetermined |
| Steadfast / Zurich - XS Liability | IPR 379 2420-04 | Undetermined |
| Steadfast Insurance Company - Excess Cyber Liability | SPR 3305134 - 01 | Undetermined |
| Talbot - Property | B080124309U23 | Undetermined |
| Travelers  - General Liability | TJEXGL-2H535771 -TIL-23 | Undetermined |
| Travelers  - Workers Compensation - AOS | UB-0R661932-23-51-K | Undetermined |
| Travelers  - Workers Compensation – AZ, MA, WI | UB-0R641030-23-51-R | Undetermined |
| Travelers - Auto Liability | TJCAP-824K2754-TIL-23 | Undetermined |
| Travelers - Inland Marine (Trailers) | | Undetermined |

**In re: Anagram International, Inc.**
**Case No. 23-90902**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Travelers - Ocean Cargo | CUP-2W226283-22-NF | Undetermined |
| Travelers - Punitive Wrap - Umbrella | | Undetermined |
| Travelers - Umbrella – Primary | CUP-2W226283-23-NF | Undetermined |
| Westfield - Property | XAR-00004FN-02 | Undetermined |
| Zurich - D&O Excess ABC | DOC 5690289-00 | Undetermined |
| Zurich - Property | PPR-0920886-02 | Undetermined |
| | TOTAL: | **Undetermined** |

**In re Anagram International, Inc.**
**Case No. 23-90902**
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Account number (last 4 digits) | Specify Code subsection 11 U.S.C. § 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Canada Revenue Agency | 1050 Notre Dame Blvd | | Sudbury | ON | P3A 5C1 | Canada | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.2 | City of Bloomington | Attn; Building & Inspections | 1800 West Old Shakopee Road | Bloomington | MN | 55431 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.3 | Hennepin County Treasurer | A-600 Government Center | 300 S 6th St | Minneapolis | MN | 55487-0060 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.4 | Internal Revenue Service | 1111 Constitution Ave. NW | | Washington | DC | 20224 | | | | 8 | Taxes | N | X | X | X | Undetermined | Undetermined |
| 2.5 | Minnesota Dept. of Revenue | 600 North Robert Street | | St. Paul | MN | 55146-0622 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.6 | Minnesota Pollution Control Agency | 520 Lafayette Road N | | St. Paul | MN | 55155 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.7 | State of California | 800 Capitol Mall | Mic 53 | Sacramento | CA | 95814 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.8 | State of Michigan | 105 W. Allegan Street | | Lansing | MI | 48933 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| 2.9 | State of Washington | 2101 4th Avenue | Suite 1400 | Seattle | WA | 98121 | | | | 8 | Taxes | N | | X | | Undetermined | Undetermined |
| | | | | | | | | | | | | | | | TOTAL: | Undetermined | Undetermined |

In re: Anagram International, Inc.
Case No. 23-90902
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date Incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | ABF Freight System, Inc. | | 3801 Old Greenwood Road | | Fort Smith | AR | 72917-0048 | | Various | Trade Payables | N | | | | $21,388.78 |
| 3.2 | Acquia Inc | | 53 State Street | 10th Floor | Boston | MA | 02109 | | Various | Trade Payables | N | | | | $256.12 |
| 3.3 | Advansix, Inc | | 300 Kimball Drive | Suite 101 | Parsippany | NJ | 07054 | | Various | Trade Payables | N | | | | $242,544.02 |
| 3.4 | Airgas USA LLC | | 259 N. Radnor-Chester Road | Suite 100 | Radnor | PA | 19087 | | Various | Trade Payables | N | | | | $131.41 |
| 3.5 | American Express | | 200 Vesey Street | | New York | NY | 10285 | | Various | Trade Payables | N | | | | $84,974.63 |
| 3.6 | Anderson & Vreeland Inc | | 15348 Us Route 127 EW | | Bryan | OH | 43506 | | Various | Trade Payables | N | | | | $17,359.55 |
| 3.7 | Applied Products Inc. | | 12000 Product Dr | | Machesney Park | IL | 61115 | | Various | Trade Payables | N | | | | $7,038.01 |
| 3.8 | Aramark Uniform & Career Apparel | | 25259 Network Place | | Chicago | IL | 60673-1252 | | Various | Trade Payables | N | | | | $42,345.79 |
| 3.9 | Arcus Industrial Limited | | Zhongnongxin Bldg No 181, East Zhongshan Road, Haishu District | Room 2502 | Ningbo | | 315000 | China | Various | Trade Payables | N | | | | $10,650.00 |
| 3.10 | Associated Spring Raymond | | Barnes Group Inc. | Dept CH 14115 | Palatine | IL | 60055-4115 | | Various | Trade Payables | N | | | | $570.71 |
| 3.11 | B&F Fastener Supply | | 7100 Surwood Drive | | Ramsey | MN | 55303 | | Various | Trade Payables | N | | | | $194.95 |
| 3.12 | Balloons Everywhere | | 16474 Greeno Road | | Fairhope | AL | 36532-5528 | | Various | Trade Payables | N | | | | $9,594.09 |
| 3.13 | Bank of America | | 100 North Tryon Street | | Charlotte | NC | 28202 | | Various | Trade Payables | N | | | | $19,057.40 |
| 3.14 | Barcodes LLC | | 200 W Monroe | 23rd Floor | Chicago | IL | 60606 | | Various | Trade Payables | N | | | | $29,996.03 |
| 3.15 | Beech Design | | 642 Wabash Ave | P.O. Box 947 | New Philadelphia | OH | 44663 | | Various | Trade Payables | N | | | | $237.26 |
| 3.16 | Bees Industrial Services | | 1214 5th Street South | | Hopkins | MN | 55343 | | Various | Trade Payables | N | | | | $6,933.44 |
| 3.17 | Berne Scale | | 2200 Edgewood Avenue South | | Minneapolis | MN | 55426 | | Various | Trade Payables | N | | | | $1,210.95 |
| 3.18 | Berwick Offray LLC | | 450 Plymouth Rd | | Plymouth Meeting | PA | 19462 | | Various | Trade Payables | N | | | | $34,560.00 |
| 3.19 | Blanda Incorporated | | 2963 Center Court | | Eagan | MN | 55121 | | Various | Trade Payables | N | | | | $1,292.00 |
| 3.20 | Border States Electric Supply | | 2400 38th Street South | | Fargo | ND | 58103 | | Various | Trade Payables | N | | | | $2,233.70 |
| 3.21 | C&S Vending | | 1919 2nd Street N.W | | Faribault | MN | 55021 | | Various | Trade Payables | N | | | | $3,166.86 |
| 3.22 | Calrose LLC | | 1377 31st St | | Houlton | WI | 54082 | | Various | Trade Payables | N | | | | $5,946.08 |
| 3.23 | Carey Color Inc | | 6835 Ridge Road | | Sharon Center | OH | 44274 | | Various | Trade Payables | N | | | | $2,140.00 |
| 3.24 | Casco Development Inc | | 36 Thurber Boulevard | | Smithfield | RI | 02917 | | Various | Trade Payables | N | | | | $12,733.00 |
| 3.25 | Centerpoint Energy | | 1111 Louisiana Street | | Houston | TX | 77002 | | Various | Trade Payables | N | | | | $2,224.99 |
| 3.26 | CenturyLink-LUMEN | | 100 Centurylink Drive | | Monroe | LA | 71201 | | Various | Trade Payables | N | | | | $1,920.04 |
| 3.27 | Charity USA.Com, LLC | | 600 University St | Suite 1000 | Seattle | WA | 98101 | | Various | Trade Payables | N | | | | $12.00 |
| 3.28 | Chaoan Hengsheng Industrial Co., Ltd | Mr. Shaowen Wang, Owner/General Manager | East Industrial Zone, Annan Road, Anbu, Chaoan County | | Chaozhou | Guangdong | | China | Various | Trade Payables | N | | | | $652,039.60 |
| 3.29 | Charter Nex Films Inc | | 300 N Lasalle Dr | | Chicago | IL | 60654 | | Various | Trade Payables | N | | | | $1,339.20 |
| 3.30 | Charter Next Generation Inc | | 300 N Lasalle Dr | Suite 1575 | Chicago | IL | 60654 | | Various | Trade Payables | N | | | | $86,630.90 |
| 3.31 | Clearbags | | c/o Clear Image Inc | 205 Henco Drive, Ste A | Selmer | TN | 38375 | | Various | Trade Payables | N | | | | $185,515.78 |
| 3.32 | Computer Integration Technologies | | 2375 Ventura Drive | | Woodbury | MN | 55125 | | Various | Trade Payables | N | | | | $2,713.13 |
| 3.33 | Container Port Group, Inc. | | 1340 Depot Street | | Rocky River | OH | 44116 | | Various | Trade Payables | N | | | | $800.06 |
| 3.34 | Converter Accessory Corp. | | 201 Alpha Road | P.O. Box 188 | Wind Gap | PA | 18091-0188 | | Various | Trade Payables | N | | | | $204.17 |
| 3.35 | Convertidora Industrial | | Rio De La Loza 2073 Col. Atlas | | Guadalajara | Jalisco | 44870 | Mexico | Various | Trade Payables | N | | | | $564,066.40 |
| 3.36 | Conwin, Inc. | | 730 Salem St | | Glendale | CA | 91203 | | Various | Trade Payables | N | | | | $625.80 |
| 3.37 | Coval Vacuum Technology Inc | | 901 Jones Franklin Rd | Suite 100 | Raleigh | NC | 27606 | | Various | Trade Payables | N | | | | $772.28 |
| 3.38 | Creative Refrigeration Devices Ltd | | P.O. Box 507 | | Hopkins | MN | 55343 | | Various | Trade Payables | N | | | | $24,207.48 |
| 3.39 | Crown Lift Truck | | 8650 109th Ave N | | Champlin | MN | 55316 | | Various | Trade Payables | N | | | | $50,456.17 |
| 3.40 | Custom Tube Co | | 6260 Claude Way E | | Inver Grove Heights | MN | 55076 | | Various | Trade Payables | N | | | | $2,258.99 |
| 3.41 | Dah Loong Development Co. Ltd | | Nanking E Rd., Sec 2 | 13F-1, No. 206 | Taipei | | | Taiwan, R.O.C. | Various | Trade Payables | N | | | | $98,900.43 |
| 3.42 | Davis - Standard LLC | | 1 Extrusion Drive | | Pawcatuck | CT | 15251-4772 | | Various | Trade Payables | N | | | | $52,221.00 |
| 3.43 | DSV Air & Sea Inc | | DSV Headquarters 630 | | Hedehusene | Hovedstaden | 2640 | Denmark | Various | Trade Payables | N | | | | $35,305.58 |
| 3.44 | Durr Systems, Inc. | | 830 Prosper Street | | De Pere | WI | 54115 | | Various | Trade Payables | N | | | | $23,095.30 |
| 3.45 | Esko-Graphics Inc | | 33066 Collection Center Dr | | Chicago | IL | 60693-0330 | | Various | Trade Payables | N | | | | $2,298.00 |
| 3.46 | Excel Temp Inc | | 7625 Metro Blvd | Suite 150 | Edina | MN | 55439 | | Various | Trade Payables | N | | | | $26,254.59 |
| 3.47 | Finzer Roller Inc | | 6556 Solution Center | | Chicago | IL | 60677-6005 | | Various | Trade Payables | N | | | | $12,006.90 |
| 3.48 | Fipa Inc | | 1855 Evans Road | | Cary | NC | 27513 | | Various | Trade Payables | N | | | | $730.08 |
| 3.49 | Flex Films USA Inc | | 1221 North Black Branch Road | | Elizabethtown | KY | 42701 | | Various | Trade Payables | N | | | | $0.89 |
| 3.50 | Formerra, LLC | | 1250 Windham Parkway | | Romeoville | IL | 60446 | | Various | Trade Payables | N | | | | $794,574.38 |
| 3.51 | Grainger, Inc. | | Dept. 830001590 | | Palatine | IL | 60038-0001 | | Various | Trade Payables | N | | | | $6,330.79 |
| 3.52 | GTL, Inc. | | 14105 Azurite St NW | | Ramsey | MN | 55303 | | Various | Trade Payables | N | | | | $37,103.08 |
| 3.53 | Guardian Pest Solutions, Inc | | 3131 Halvor Lane | | Superior | WI | 54880 | | Various | Trade Payables | N | | | | $131.43 |
| 3.54 | Haberman Machine Inc | | 6290 Hwy 36 Blvd N | | Oakdale | MN | 55128 | | Various | Trade Payables | N | | | | $5,866.76 |
| 3.55 | Hartfiel Automation | | 6533 Flying Cloud Drive | #100 | Eden Prairie | MN | 55344 | | Various | Trade Payables | N | | | | $1,007.76 |
| 3.56 | Home Depot Credit Services | | 2455 Paces Ferry Road | | Atlanta | GA | 30339 | | Various | Trade Payables | N | | | | $2,548.65 |
| 3.57 | Howard Precision Metals, Inc. | | 8058 N 87th Street | | Milwaukee | WI | 53224 | | Various | Trade Payables | N | | | | $33,378.35 |
| 3.58 | Identisys Inc | | 7630 Commerce Way | | Eden Prairie | MN | 55344 | | Various | Trade Payables | N | | | | $869.23 |
| 3.59 | Igus Bearings Inc | | 257 Ferris Avenue | | Rumford | RI | 02916 | | Various | Trade Payables | N | | | | $462.21 |

In re: Anagram International, Inc.
Case No. 23-90902
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date Incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.60 | Infor (US), Inc | | 641 Avenue of the Americas | | New York | NY | 10011 | | Various | Trade Payables | N | | | | $149,989.18 |
| 3.61 | Innovative Office Solutions LLC | | 151 Cliff Road East | | Burnsville | MN | 55337 | | Various | Trade Payables | N | | | | $4,148.99 |
| 3.62 | Interflex LLC | | 175 Tradd Street | | Spartanburg | SC | 29301 | | Various | Trade Payables | N | | | | $8,624.00 |
| 3.63 | Iowa Prison Industries | | 406 N High St | | Anamosa | IA | 52205 | | Various | Trade Payables | N | | | | $249,425.38 |
| 3.64 | ISC Companies Inc | | 12905 Highway 55 | | Plymouth | MN | 55441 | | Various | Trade Payables | N | | | | $2,215.20 |
| 3.65 | John Henry Foster Minnesota, Inc. | | 3103 Mike Collins Drive | | Eagan | MN | 55121 | | Various | Trade Payables | N | | | | $7,475.20 |
| 3.66 | Keyence Corp. of America | | Dept 17128 | | Palantine | IL | 600557128 | | Various | Trade Payables | N | | | | $1,013.68 |
| 3.67 | Label Products, Inc. | | 12571 Oliver Ave S | Suite 700 | Burnsville | MN | 55337 | | Various | Trade Payables | N | | | | $22,588.20 |
| 3.68 | Label Specialties Inc | | 2501 Technology Drive | | Louisville | KY | 40299 | | Various | Trade Payables | N | | | | $3,081.38 |
| 3.69 | Labelink USA Inc | | 2915 N Progress Dr | dba: Pro Label LLC | Appleton | WI | 54911 | | Various | Trade Payables | N | | | | $22,185.32 |
| 3.70 | Lads Logistics | | 12120 69th Avenue N | | Maple Grove | MN | 55311 | | Various | Trade Payables | N | | | | $9,455.00 |
| 3.71 | Lathrop GPM | | 2345 Grand Blvd | | Kansas City | MO | 64108-2618 | | Various | Trade Payables | N | | | | $6,914.00 |
| 3.72 | Liberty Packaging | | 5600 North Highway 169 | | Minneapolis | MN | 55428 | | Various | Trade Payables | N | | | | $66,475.86 |
| 3.73 | License My Software LLC | | 581 Vicki Lane | | Shoreview | MN | 55126 | | Various | Trade Payables | N | | | | $678.28 |
| 3.74 | Lifeworks Services | | 6636 Cedar Ave S | Suite 250 | Richfield | MN | 55423 | | Various | Trade Payables | N | | | | $4,083.46 |
| 3.75 | Malark Industries, Inc | | 9200 Foresview Lane N. | | Maple Grove | MN | 55369 | | Various | Trade Payables | N | | | | $47,787.60 |
| 3.76 | Maxcess Americas Inc | | 1211 W. 22nd Street | Suite 804 | Oak Brook | IL | 60523 | | Various | Trade Payables | N | | | | $64.55 |
| 3.77 | Mayflower Distributing Co, Inc. | | 1155 Medallion Drive | | Mendota Heights | MN | 55120 | | Various | Trade Payables | N | | | | $21,510.00 |
| 3.78 | Mc Master - Carr Supply Company | | 600 N. County Line Road | | Elmhurst | IL | 60126 | | Various | Trade Payables | N | | | | $2,993.34 |
| 3.79 | Mechatronic Solutions | | 10900 73rd Ave N | #132 | Maple Grove | MN | 55369 | | Various | Trade Payables | N | | | | $6,823.22 |
| 3.80 | Midrange Dynamics North America | | P.O. Box 55 | | Peterborough | NH | 03458 | | Various | Trade Payables | N | | | | $31,240.00 |
| 3.81 | Midwest Rubber Service | | 14307 28th Place North | | Minneapolis | MN | 55447 | | Various | Trade Payables | N | | | | $203,220.73 |
| 3.82 | MINNCOR Industries | | 2420 Long Lake Road | | Roseville | MN | 55113 | | Various | Trade Payables | N | | | | $585,889.28 |
| 3.83 | Minnesota Waterjet, Inc | | 14445 Azurite Street Nw | | Ramsey | MN | 55303 | | Various | Trade Payables | N | | | | $2,028.75 |
| 3.84 | Motio Inc | | 7161 Bishop Rd | #200 | Plano | TX | 75024 | | Various | Trade Payables | N | | | | $1,776.00 |
| 3.85 | Motion AI - AI01 | | 1605 Alton Road | | Birmingham | AL | 35210 | | Various | Trade Payables | N | | | | $4,056.06 |
| 3.86 | Motion Industries, Inc | | 1605 Alton Road | | Birmingham | AL | 35210 | | Various | Trade Payables | N | | | | $4,723.86 |
| 3.87 | MSC Industrial Supply Co Inc | | 525 Harbour Place Drive | | Davidson | NC | 28036 | | Various | Trade Payables | N | | | | $2,899.10 |
| 3.88 | Nashville Display | | 306 Hartmann Drive | | Lebanaon | TN | 37087 | | Various | Trade Payables | N | | | | $11,905.00 |
| 3.89 | NDC Technologies Inc | | 21545 Network Place | | Chicago | IL | 606731215 | | Various | Trade Payables | N | | | | $11,232.65 |
| 3.90 | Next Management LLC | | 15 Watts Street | | New York | NY | 10013 | | Various | Trade Payables | N | | | | $887.40 |
| 3.91 | Old Dominion Freight Line Inc. | | 14933 Collections Center Drive | | Chicago | IL | 606934933 | | Various | Trade Payables | N | | | | $89,050.16 |
| 3.92 | Olympak Printing & Packaging | | 6010 Earle Brown Drive | | Brooklyn Center | MN | 55430 | | Various | Trade Payables | N | | | | $6,438.54 |
| 3.93 | OPS Assembly Inc | | 689 Medina St N | Suite 150 | Loretto | MN | 55357 | | Various | Trade Payables | N | | | | $8,302.10 |
| 3.94 | Oxygen Service Company | | 111 Pierce Butler Route | | St. Paul | MN | 55164-0017 | | Various | Trade Payables | N | | | | $53,093.86 |
| 3.95 | Packedge Corporation | | 3537 88th Ave NE | | Circle Pines | MN | 55014 | | Various | Trade Payables | N | | | | $6,247.23 |
| 3.96 | Party Fashion Co., Ltd | | Man Man Commercial Building | 43A-45 Jardine's Bazaar, Suite 3B, 3/F | Causeway Bay | Hong Kong | | China | Various | Trade Payables | N | | | | $652,039.60 |
| 3.97 | Pellet America Corporation | | 2601 West 2nd Street | | Appleton | WI | 54914 | | Various | Trade Payables | N | | | | $2,825.00 |
| 3.98 | Power/Mation Division | | 1310 Energy Lane | | St. Paul | MN | 55108 | | Various | Trade Payables | N | | | | $707.60 |
| 3.99 | Premium Balloon Accessories | | 6935 Ridge Road | | Wadsworth | OH | 44281 | | Various | Trade Payables | N | | | | $58,704.68 |
| 3.100 | Premium Retail Services Inc | | 618 Spirit Drive | Suite 200 | Chesterfield | MO | 63005 | | Various | Trade Payables | N | | | | $248,348.24 |
| 3.101 | R&L Carriers, Inc | | 600 Gillam Road | | Wilmington | OH | 45177 | | Various | Trade Payables | N | | | | $978.72 |
| 3.102 | Radwell International Inc | | 1 Millennium Drive | | Willingboro | NJ | 08046 | | Various | Trade Payables | N | | | | $1,149.76 |
| 3.103 | Reid Supply | | 1269 E Mount Garfield Road | | Norton Shores | MI | 49441 | | Various | Trade Payables | N | | | | $623.99 |
| 3.104 | Restek Corporation | | 110 Benner Circle | | Bellefonte | PA | 16832 | | Various | Trade Payables | N | | | | $1,643.15 |
| 3.105 | RS Americas, Inc. | | 7151 Jack Newell Boulevard South | | Fort Worth | TX | 76118 | | Various | Trade Payables | N | | | | $765.29 |
| 3.106 | Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services | | 3615 Hwy 13 W | | Burnsville | MN | 55337 | | Various | Trade Payables | N | | | | $14,407.06 |
| 3.107 | Seaman Paper Company of Mass Inc | | 35 Wilkins Road | | Gardner | MA | 01440 | | Various | Trade Payables | N | | | | $6,423.40 |
| 3.108 | Shadow Plastics LLC | | 2301 Pioneer Ave | | Rice Lake | WI | 54868 | | Various | Trade Payables | N | | | | $51,640.42 |
| 3.109 | Sideweld Industries, Inc | | 1485 N Clinton Avenue | | Bay Shore | NY | 11706 | | Various | Trade Payables | N | | | | $3,370.00 |
| 3.110 | Siegwerk USA Inc | | 3535 Southwest 56th Street | | Des Moines | IA | 50321 | | Various | Trade Payables | N | | | | $671,638.87 |
| 3.111 | Sir Speedy | | 616 Second Ave SE | | Minneapolis | MN | 55414 | | Various | Trade Payables | N | | | | $5,323.60 |
| 3.112 | Sojitz Plastics America Inc | | 231525 Momentum Place | | Chicago | IL | 60689-5311 | | Various | Trade Payables | N | | | | $162,353.38 |
| 3.113 | South St Paul Steel Supply | | 200 Hardman Avenue North | | South Paul | MN | 55075 | | Various | Trade Payables | N | | | | $1,144.69 |
| 3.114 | Southern Graphics Systems | | 24453 Network Place | | Chicago | IL | 60673-1244 | | Various | Trade Payables | N | | | | $99,296.15 |
| 3.115 | Spectratek Technologies Inc | | 9834 Jordan Circle | | Santa Springs | CA | 90670 | | Various | Trade Payables | N | | | | $69,688.98 |
| 3.116 | Summit Information Resources Inc | | 2935 Waters Road | Suite 200 | Eagan | MN | 55121 | | Various | Trade Payables | N | | | | $291.39 |
| 3.117 | Taylor Print Impressions | | 1725 Roe Crest Drive | | North Mankato | MN | 56003 | | Various | Trade Payables | N | | | | $316,123.36 |
| 3.118 | The Winston Company | | 2837 Anthony Lane South | | Minneapolis | MN | 55418-3269 | | Various | Trade Payables | N | | | | $26,082.05 |

In re: Anagram International, Inc.
Case No. 23-90902
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date Incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.119 | Toppan USA, Inc | Attn: Accounts Receivable, Toppan USA, Inc | 603 Rehoboth Road | | Griffin | GA | 30224 | | Various | Trade Payables | N | | | | $60,336.41 |
| 3.120 | Toray Plastics (America), Inc. | | 50 Belver Avenue | | North Kingstown | RI | 02852 | | Various | Trade Payables | N | | | | $323,049.04 |
| 3.121 | Uline | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | | Various | Trade Payables | N | | | | $8,054.16 |
| 3.122 | United Healthcare Insurance Co.-NY | | P.O. Box 1459 | | Minneapolis | MN | 55440 | | Various | Trade Payables | N | | | | $1,027.87 |
| 3.123 | United Rentals | | 100 First Stamford Place | Suite 700 | Stamford | CT | 06902 | | Various | Trade Payables | N | | | | $2,098.80 |
| 3.124 | UPS | | 55 Glenlake Parkway, NE | | Atlanta | GA | 30328 | | Various | Trade Payables | N | | | | $20,295.39 |
| 3.125 | UPS Supply Chain Solutions, Inc | Attn: Customs Brokerage Services | 28013 Network Place | | Chicago | IL | 60673-1280 | | Various | Trade Payables | N | | | | $17,705.33 |
| 3.126 | US Compliance Corporation | | 520 3rd St | #100 | Excelsior | MN | 55331 | | Various | Trade Payables | N | | | | $1,023.35 |
| 3.127 | USA Truck Inc | | 3200 Industrial Park Road | | Van Buren | AR | 72956 | | Various | Trade Payables | N | | | | $31,354.00 |
| 3.128 | Velocity, a Managed Svcs Co, Inc | | 6936 Spring Valley Drive | | Holland | OH | 43528 | | Various | Trade Payables | N | | | | $211.47 |
| 3.129 | Verizon | | 1095 Avenue of the Americas | | New York | NY | 10036 | | Various | Trade Payables | N | | | | $718.89 |
| 3.130 | Viscofan USA Inc | | 50 County Court | | Montgomery | AL | 36105 | | Various | Trade Payables | N | | | | $356,646.06 |
| 3.131 | Walmark Corporation | | 101 W Belvidere Rd | | Round Lake | IL | 60073 | | Various | Trade Payables | N | | | | $6,759.23 |
| 3.132 | Webb Pallet Service Corp | | 16640 Jordan Ave | | Jordan | MN | 55352 | | Various | Trade Payables | N | | | | $21,436.50 |
| 3.133 | Western Shield Acquisitions LLC | | 4020 23rd Ave South | | Minneapolis | MN | 55407 | | Various | Trade Payables | N | | | | $744.96 |
| 3.134 | Windmoeller & Hoelscher Corporation | | 23 New England Way | | Lincoln | RI | 02865 | | Various | Trade Payables | N | | | | $43,365.15 |
| 3.135 | Wuxi Raychina Int'l Corp | | 28 FL Mingzhu Mansion | No 88-1 Zhongshan Road | Wuxi | Jiangsu | 214001 | China | Various | Trade Payables | N | | | | $13,098.96 |
| 3.136 | Yale Mechanical | | 220 W 81st St | | Minneapolis | MN | 55410 | | Various | Trade Payables | N | | | | $3,021.74 |
| 3.137 | Zephyr Solutions | | 1050 Lear Industrial Parkway | | Avon Lake | OH | 44011 | | Various | Trade Payables | N | | | | $189.24 |
| | | | | | | | | | | | | | | TOTAL: | $8,233,056.67 |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | 5300 W76 LLC | | 5300 West 76th Street | | | Edina | MN | 55439 | | Seventh Amendment to Lease | Unknown |
| 2.2 | Aaron Paye | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.3 | ABC Studios | | 77 W 66th St | | | New York | NY | 10023 | | ABC Studios Material Release Agreement | Unknown |
| 2.4 | Abigail Assefa | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.5 | Acosta Sales & Marketing Company | | 6630 Southpoint Parkway | | | Jacksonville | FL | 32216 | | Broker-Client Retail Services Contract | Evergreen |
| 2.6 | AD-HOC | | 17853 Santiago Blvd | Ste. 107-194 | | Villa Park | CA | 92861 | | Authorized Manufacturer's Agreement | Unknown |
| 2.7 | Advanced Imaging Solutions, Inc. | | 6121 Baker Road | Ste. 110 | | Minnetonka | MN | 55345 | | Total Document Management Agreement | Evergreen |
| 2.8 | AEROTEK, Inc. | Assistant Controller-Central Region | 7301 Parkway Dr. | | | Hanover | MD | 21076 | | Services Agreement | Evergreen |
| 2.9 | Allport Cargo Services USA Inc. | | 1455 Broad Street | | | Bloomfield | NJ | 07003 | | Designation as Importer Security Filing Agent Power of Attorney | Evergreen |
| 2.10 | ALLWEATHER ROOF | | 9211 Plymouth Ave North | | | Golden Valley | MN | 55427 | | Purchase Agreement | Unknown |
| 2.11 | American Express | | 200 Vesey Street | | | New York | NY | 10285 | | Credit Card Services Agreement | Unknown |
| 2.12 | American Federation of Television and Radio Artists | | 5757 Wilshire Blvd | 9th Floor | | Los Angeles | CA | 90036-3689 | | Letter re: Approving AFTRA Commercial Contract | Unknown |
| 2.13 | American Greetings Corporation | Attn: Charlotte Bean | One American Road | | | Cleveland | OH | 44144 | | Master License Agreement | Evergreen |
| 2.14 | American Greetings Corporation | Attn Vice President, Licensing | One American Road | | | Cleveland | OH | 44144 | | Mutual Non-Disclosure Agreement | Unknown |
| 2.15 | AmeriGas Propane, LP | | P.O. Box 965 | | | Valley Forge | PA | 19482 | | Propane Supply Agreement & Equipment Lease Non-Residential | Evergreen |
| 2.16 | Amscan Holdings, Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | First Amendment to License Agreement Dated November 15, 2005 | Unknown |
| 2.17 | Amscan Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | Supply Agreement | Evergreen |
| 2.18 | Amscan Inc. | | 1 Celebration Square | | | Woodcliff Lake | NJ | 07677 | | Authorization of Unannounced Compliance Audits (AUCA) | Unknown |
| 2.19 | Amscan Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | Settlement Agreement | Unknown |
| 2.20 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Hallmark Agreement | Unknown |
| 2.21 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | HIT (MTK) Agreement | Unknown |
| 2.22 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Nickelodeon Blaze Agreement | Unknown |
| 2.23 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Nickelodeon Shimmer and Shine Agreement | Unknown |
| 2.24 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Nickelodeon UK Ltd Agreement | Unknown |
| 2.25 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Nickelodeon UK TMNT Agreement | Unknown |
| 2.26 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | Paw Patrol Agreement | Unknown |
| 2.27 | Amscan UK | Jacob Megram | Unit 4 & 5 Torc Business Park Chippenham Drive | | | Kingston Milton Keynes | | MK10 0DA | United Kingdom | SmileyWorld Agreement | Unknown |
| 2.28 | Anderson & Vreeland, Inc. | Attn: Darin Lyon, Vice President/General Manager | P.O. Box 527 | 15348 St Rt. 127 | | Bryan | OH | 43506 | | Equipment & Materials Agreement | Unknown |
| 2.29 | Anderson Merchandisers, LLC | | 5601 Granite Pkwy #1400 | | | Plano | TX | 75024 | | First Amendment to Master Services Agreement Dated December 21, 2017 | Unknown |
| 2.30 | Aramark | | 115 North First Street | | | Burbank | CA | 91502 | | Industrial Laundry Service Agreement | Unknown |
| 2.31 | Austin Paye | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.32 | Ayana Chan-Khan | Hannah Chan | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.33 | Balloon Express SRL | | Via Vittorio Veneto, 105 | | | Pontedera | PI | 56025 | Italy | Confidentiality Agreement | Unknown |
| 2.34 | Bank of America | | 100 North Tryon Street | | | Charlotte | NC | 28202 | | Credit Card Services Agreement | Unknown |
| 2.35 | Barry-Wehmiller International Resources | Christopher Hric | 8020 Forsyth Blvd. | | | St. Louis | MO | 63105 | | Contract for Value Engineering Study and Assessment | Unknown |
| 2.36 | Bay West | Attn Ms. Pam McNelly, Contracts Manager | 5 Empire Drive | | | St. Paul | MN | 55103 | | Master Service Agreement | Unknown |
| 2.37 | Bay West | Wendy Tindall | 5201 East River Road | Suite 313 | | Minneapolis | MN | 55421 | | Proposal Acceptance Agreement | Unknown |
| 2.38 | BBC Studios | Attn Managing Director | 1 Television Centre | 101 Wood Lane | | London | | W12 7FA | United Kingdom | Manufacturer's Agreement | Unknown |
| 2.39 | Becky Davies | | Address on File | | | | | | | Settlement Agreement | Unknown |
| 2.40 | BraeElle Exsted | Sara Exsted | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.41 | Brandi Ingberg | | Address on File | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.42 | Bruce Walden | | Address on File | | | | | | Canada | Name License Agreement | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.43 | Burton and Burton | Diane Cruze | 325 Cleveland Road | | | Bogart | GA | 30622 | | Confidentiality Agreement | Unknown |
| 2.44 | Burton and Burton | Diane Cruze | 325 Cleveland Road | | | Bogart | GA | 30622 | | Non-Exclusive License to Use Anagram-Registered Designs | Unknown |
| 2.45 | Cadden Kostrzewski | Iola Kostrzewski | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.46 | Callan Exsted | Sara Exsted | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.47 | Canadian Tire Corporation, Limited | Business Conduct Compliance Office | 2180 Yonge Street | | | Toronto | ON | M4P 2V8 | Canada | Business Conduct Agreement | Unknown |
| 2.48 | Casco Development, LLC | | Portland Fish Pier | Suite 310 | | Portland | ME | 04101 | | Master Software License Agreement | Evergreen |
| 2.49 | CenterPoint Energy Services, Inc. | | 800 LaSalle Ave. | Suite 1725 | | Minneapolis | MN | 55402-2006 | | Gas Sales Agreement | Unknown |
| 2.50 | CenturyLink-LUMEN | | 100 Centurylink Drive | | | Monroe | LA | 71201 | | Master Service agreement | Unknown |
| 2.51 | Chaoan Hengsheng Industrial Co., Ltd | Mr. Shaowen Wang, Owner/General Manager | East Industrial Zone, Annan Road, Anbu | Chaoan County | | Chaozhou | Guangdong | | China | Supply Agreement | Evergreen |
| 2.52 | CharityUSA.com, LLC | | 600 University Street | Suite 1000 | | Seattle | WA | 98101 | | Licensing Agreement | Evergreen |
| 2.53 | Charles Phillips | | Address on File | | | | | | | License Agreement | Evergreen |
| 2.54 | CIT | | 2375 Venture Drive | | | Woodbury | MN | 55125 | | Master Service agreement | Unknown |
| 2.55 | Collegiate Licensing Company | | 290 Interstate North | Suite 200 | | Atlanta | GA | 30339 | | Authorized Manufacturer's Agreement | Unknown |
| 2.56 | Comcast | | 1701 John F Kennedy Boulevard | | | Philadelphia | PA | 19103 | | Master Services Agreement | Unknown |
| 2.57 | Comcast Business | | 1701 John F Kennedy Boulevard | | | Philadelphia | PA | 19103 | | Services Sales Order | Unknown |
| 2.58 | Comcast Cable Communications Management, LLC | | 5300 W 76th St | | | Minneapolis | MN | 55439 | | Business Service Order Agreement | Unknown |
| 2.59 | Comcast Cable Communications Management, LLC | | 5300 W 76th St | | | Minneapolis | MN | 55439 | | Enterprise Services Master Services Agreement | Unknown |
| 2.60 | Convergram de Mexico S. de R.L. de C.V. | Attn Alejandro De la Garza Hesles | Parras 1720 | Col. El Rosario | | Guadalajara | Jalisco | 44890 | Mexico | Trademark License Agreement | Evergreen |
| 2.61 | Convergram de Mexico S. de R.L. de C.V. | Attn Alejandro De la Garza Hesles | Parras 1720 | Col. El Rosario | | Guadalajara | Jalisco | 44890 | Mexico | First Amended and Restated Supply/Distribution Agreement | Unknown |
| 2.62 | Convertidora Industrial, S.A.B. de C.V. | Attn Alejandro De la Garza Hesles | Efrain Gonzalez Luna 2291 Col. Arcos Sur | | | Guadalajara | Jalisco | 44550 | Mexico | Mercantile Commission Agreement | Unknown |
| 2.63 | Convertidora Industrial, S.A.B. de. C.V., Convergram de Mexico S. de R.L. de C.V., and Amscan Holdings, Inc. | | Rio de la Loza # 2073 Int. A Col. Atlas. | | | Guadalajara | Jalisco | 44800 | Mexico | Management/Ownership Agreement | Unknown |
| 2.64 | CookieJar Entertainment | | 266 King Street West | 2nd Floor | | Toronto | ON | M5V 1H8 | Canada | Letter re: First Amendment to Strawberry Shortcake Merchandise License Agreement | Unknown |
| 2.65 | Corsearch B.V. | | Naritaweg 116 | | | Amsterdam | | 1043 CA | The Netherlands | Declaration of Common Control - Brand Protection | Unknown |
| 2.66 | Corsearch B.V. | | Naritaweg 116 | | | Amsterdam | | 1043 CA | The Netherlands | Power of Attorney Regarding Protection of Intellectual Property Rights | Unknown |
| 2.67 | Courtney Brownsworth | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.68 | CROSSMARK, Inc. | | 5100 Legacy Drive | | | Plano | TX | 95024-3104 | | Retail Project Agreement | Unknown |
| 2.69 | Crown Credit Company | | 40 S. Washington Street | | | New Bremen | OH | 45869 | | Master Lease Agreement dated July 10, 2014, including contract numbers 40547601 and 40547646 | Evergreen |
| 2.70 | Crown Lift Truck | | 8650 109th Ave N | | | Champlin | MN | 55316 | | Short/Long-Term Rental Agreements: RA3131, RA6676, RA6815, RA6860, RA6952, RA7326, RA7488, RA7803, RA7985, RA8058, RA8130, RA8309 | Unknown |
| 2.71 | CryoVation | | 9B Mary Way | | | Hainesport | NJ | 08036 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.72 | Cynthia Jacobs | | Address on File | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.73 | Dah Loong Ornaments Toys (Huizhou) Co., Ltd | | West District Industrial City Luoyang Town Huizhou | | | Guangdong Province | | | China | License Agreement | Unknown |
| 2.74 | Danielle Johnson | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.75 | David Schwenker | | Address on File | | | | | | | Independent Contractor Artist Agreement | Unknown |
| 2.76 | Delicias Candy & Unique Ballons | Attn: Arnaldo Villamil | 157 Las Flores Street | | | Santurce | PR | 00911 | | Merchandising License Agreement dated 9/16/2008, including amendments | Unknown |
| 2.77 | DG Strategic, VII, LLC | | 100 Mission Ridge | | | Goodlettsville | TN | 37072 | | Master Supply Agreement dated 8/1/2009, and all related amendments | Evergreen |
| 2.78 | DHX Worldwide Limited | | 3 Shortlands | | | London | | W6 8PP | United Kingdom | Letter re: Manufacturer's Agreement | Unknown |
| 2.79 | Dick's Sanitation Inc. | | 8984 215th Street | | | West Lakeville | MN | 55044 | | Service Agreement | Evergreen |
| 2.80 | Disney Consumer Products Latin America, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | Schedule to License Agreement #2345687059 | 12/31/2023 |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.81 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Executive Summary: Contract #2200029669 | 12/31/2023 |
| 2.82 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | First Amendment and Restated License Agreement #2200029669 | 6/30/2024 |
| 2.83 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Schedule to License Agreement #2200029669 | 6/30/2024 |
| 2.84 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Amendments to Agreements due to PCHI Bankruptcy | Unknown |
| 2.85 | Disney Consumer Products, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | Eighth Amendment to License Agreement Schedule #167793 Dated December 22, 2016 | Unknown |
| 2.86 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | First Amendment to License Agreement | Unknown |
| 2.87 | Disney Consumer Products, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | First Amendment to License Agreement Schedule #146382 | Unknown |
| 2.88 | Disney Consumer Products, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | First Amendment to License Agreement Schedule #167796 Dated December 31, 2016 | Unknown |
| 2.89 | Disney Consumer Products, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | First Amendment to License Agreement Schedule No. 2003510039 Dated December 31, 2019 | Unknown |
| 2.90 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Second Amendment to Agreement Dated October 30, 2003 | Unknown |
| 2.91 | Disney Consumer Products, Inc. | | 2121 Ponce de Leon Blvd | Suite 920 | | Coral Gables | FL | 33134 | | Second Amendment to License Agreement Schedule #146380 | Unknown |
| 2.92 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Second Amendment to the License Agreement | Unknown |
| 2.93 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Sixth Amendment to the January 14, 2011 License Agreement | Unknown |
| 2.94 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Standard Terms and Conditions Agreement | Unknown |
| 2.95 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Third Amendment to the January 12, 2011 License Agreement | Unknown |
| 2.96 | Disney Consumer Products, Inc. | Attn Manager, Contract Services | 500 S Buena Vista St. | | | Burbank | CA | 91521-8651 | | Third Amendment to the License Agreement Dated January 1, 2018 | Unknown |
| 2.97 | Disney ILS | | 500 S Buena Vista St. | | | Burbank | CA | 91521 | | Facility and Merchandise Authorization Application | Unknown |
| 2.98 | Dolgencorp, LLC | | 100 Mission Ridge | | | Goodlettsville | TN | 37072 | | Master Supply Agreement | Evergreen |
| 2.99 | Dollar General | | 100 Mission Ridge | | | Goodlettsville | TN | 37072 | | Vendor Rebate Agreement | Unknown |
| 2.100 | Drew Matilsky - DREW Companies | | Address on File | | | | | | | Independent Representative Agreement | Evergreen |
| 2.101 | Drew's Entertainment | Thomas Crowley | 290 US Hwy 22 West | | | Green Brook | NJ | 08812 | | Master Recordings Grant Agreement | Unknown |
| 2.102 | Driveline Retail | Josh Hall, VP, Business Development | 3300 Fernbrook Lane | No #200 | | Plymouth | MN | 55447 | | Agreement for Merchandising Services, and Associated Statements of Work | Evergreen |
| 2.103 | E&R Sales, Inc. | Elissa Mast, President | 4800 Market Square Lane | | | Midlothian | VA | 23112 | | Letter Agreement re: Services Provided for the Family Dollar | Evergreen |
| 2.104 | E&R Sales, Inc. | Elissa Mast, President | 4800 Market Square Lane | | | Midlothian | VA | 23112 | | Letter Agreement re: Services Provided to Dollar Tree | Evergreen |
| 2.105 | E3 Sales Advisors, LLC | | 333 Moonlight Drive | | | Shakopee | MN | 55379 | | Sales Representative Agreement | 8/31/2024 |
| 2.106 | eCapital Advisors, LLC | | 7900 Xerxes Avenue South | Suite 1300 | | Bloomington | MN | 55431 | | Anagram BI Services | Unknown |
| 2.107 | eCapital Advisors, LLC | | 7900 Xerxes Avenue South | Suite 1300 | | Bloomington | MN | 55431 | | Anagram TM1 Services | Unknown |
| 2.108 | eCapital Advisors, LLC | | 7900 Xerxes Avenue South | Suite 1300 | | Bloomington | MN | 55431 | | Cognos Express Upgrade | Unknown |
| 2.109 | eCapital Advisors, LLC | | 7900 Xerxes Avenue South | Suite 1300 | | Bloomington | MN | 55431 | | Service Agreement | Unknown |
| 2.110 | Edgell Communications | | 4 Middlebury Blvd | | | Randolph | NJ | 07869 | | Contract Re: Advertising | Unknown |
| 2.111 | Edward The Fifth, Inc. | | Address not available | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.112 | Eli Kostrzewski | Iola Kostrzewski | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.113 | Elliot Tunning | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.114 | ENTEGEE, INC. dba E91 | | 3530 Digital Dr | | | Dubuque | IA | 52003 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.115 | ESKO-GRAPHICS INC. | | 8535 Gander Creek Drive | | | Miamisburg | OH | 45342 | | Letter Agreement re: Maintenance Agreement Renewal | 3/31/2026 |
| 2.116 | ESKO-GRAPHICS INC. | | 8535 Gander Creek Drive | | | Miamisburg | OH | 45342 | | General Sales Conditions Agreement | Unknown |
| 2.117 | ESPA NV | | Europark 1030 | | | Houthalen-Helchteren | | B-35530 | Belgium | Settlement Agreement | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.118 | Europa Uno Trade | | 117105, Nagorny Proezd 7 | | | Moscow | | | Russia | EUT Commercial Agreement | Unknown |
| 2.119 | Express Services, Inc. (Express) dba Express Employment Professionals | | 9701 Boardwalk Blvd | | | Oklahoma City | OK | 73162 | | Staffing Agreement | Unknown |
| 2.120 | Express SRG | | 3630 Eastham Dr | | | Culver City | CA | 90232 | | Professional Search Agreement | Unknown |
| 2.121 | Family Dollar | | 10401 Monroe Rd | | | Matthew | NC | 28105 | | Helium Stand Supply Agreement | Evergreen |
| 2.122 | Family Dollar | | 10401 Monroe Rd | | | Matthew | NC | 28105 | | Supplier Agreement | Unknown |
| 2.123 | Firestone Building Products Company, LLC | | 200 4th Avenue South | | | Nashville | TN | 37201 | | Firestone Red Shield Roof System Limited Warranty | Unknown |
| 2.124 | Flexo Wash, LLC | | 2010 Plantside Drive | | | Louisville | NY | 40299 | | Equipment Contract | Unknown |
| 2.125 | Flo Kinzel | | Address on File | | | | | | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.126 | Fortra | | 11095 Viking Drive | Suite 100 | | Eden Prairie | MN | 55344 | | Software License and Service Agreement/ Quote | Unknown |
| 2.127 | Foucart & Associates Inc. | | 72 Ocean Ave | | | Fairhaven | MA | 02719 | | Master Services Agreement | Unknown |
| 2.128 | Fox Rothschild LLP | Attn Michael Barabander | 49 Market Street | | | Morristown | NJ | 07960 | | Letter Agreement re: Conflict Consent | Unknown |
| 2.129 | Foxburg Productions, LLC | | 1447 Cloverfield Blvd. | | | Santa Monica | CA | 90404 | | Material Release Agreement | Unknown |
| 2.130 | Fred Miller | | Address on File | | | | | | | Agreement | Unknown |
| 2.131 | Gamut One Studios, Inc. | | 5249 West 73rd Street | Unit A | | Edina | MN | 55439 | | Photograph and Video Release | Unknown |
| 2.132 | GEP Girlfriends Inc. | Girlfriend's Guide to Divorce | 3500 Cornett Road, Building E | | | Vancouver | BC | V6B 1T8 | Canada | Clearance Agreement | Unknown |
| 2.133 | Gleasondale | | 1270 Northland Drive | Suite 158 | | Mendota Heights | MN | 55120 | | Agency Agreement | Evergreen |
| 2.134 | Grace and Frankie Productions | | 1661 Lincoln Blvd. | 4th Floor | | Santa Monica | CA | 90404 | | Material Release Agreement | Unknown |
| 2.135 | Green & Black LLC | | 14645 Felton Court | Suite 102 | | Apple Valley | MN | 55124 | | Service Proposal | Unknown |
| 2.136 | GS1 US, Inc. | | Princeton South Corporate Center | 300 Charles Ewing Blvd. | | Ewing | NJ | 08628 | | General Consulting Agreement | Unknown |
| 2.137 | Hallmark | Eric Hartloff | P.O. Box 419580 | MD 287 | | Kansas City | MO | 64141-6580 | | Exhibit 3 Manufacturer's Agreement | Unknown |
| 2.138 | Hallmark | Creative Collections | P.O. Box 419580 | MD 287 | | Kansas City | MO | 64141-6580 | | Security Agreement for Digital Material Including Lettering Fonts | Unknown |
| 2.139 | Happiness is Us | Attn Moshe Ben Shushan | 85 Ha'Yarkon St. | Kanot Industrial Zone | PO Box 7068 | Gedera | | 7057102 | Israel | License Acknowledgement Agreement | Unknown |
| 2.140 | Happy Cloud Company, S.A. DE C.V. | Attn Ricardo Vasquez | 3a Cerrado Refineria de Salamanca 5 | Col. Reynosa Tamaulipas | Delegacion Azcapotzalco | Mexico D.F | | 02200 | Mexico | License Agreement | Unknown |
| 2.141 | Happy Factory, LLC | | 2169 Mission Street | 2nd Floor | | San Francisco | CA | 94110 | | Services Agreement | Evergreen |
| 2.142 | Harlowe Johnson | Danielle Johnson | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.143 | HIT (MTK) Limited | | 333 Continental Boulevard | | | El Segundo | CA | 90245 | | Manufacturer's Agreement | Unknown |
| 2.144 | Home Depot Credit Services | | 2455 Paces Ferry Road | | | Atlanta | GA | 30339 | | Credit Card Services Agreement | Unknown |
| 2.145 | HSI Productions Inc. | | Address not available | | | | | | | Agreement for Usage and Clearance | Unknown |
| 2.146 | Huebsch Services | | 2941 Center Court | | | Eagan | MN | 55121 | | Matting Agreement | Evergreen |
| 2.147 | IdentiSys Inc. | | 7630 Commerce Way | | | Eden Prairie | MN | 55344 | | Installation and Services Agreement | Unknown |
| 2.148 | Impact Converting & Systems Solutions | | 2960 Technology Drive | | | Rochester Hills | MI | 48309 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.149 | Impastor Productions Inc. | | 555 Brooksbank Avenue, Building 6 | | | North Vancouver | BC | V7J 3S5 | Canada | Materials Release | Unknown |
| 2.150 | Independent Paradigm, LLC | | 11 Newberry Court | | | Medford | NJ | 08055 | | Exclusive License Agreement | Unknown |
| 2.151 | Inmar Supply Chain Solutions, LLC | | 1th W 4th St | Suite 500 | | Winston-Salem | NC | 27101 | | Services Agreement Dated July 17, 2020 and all Amendments | Unknown |
| 2.152 | Interfacial Solutions, LLC | | 949 Antler Court | | | River Falls | WI | 54022 | | Addendum 2 to Novel Balloon Materials Project Agreement | Unknown |
| 2.153 | Interfacial Solutions, LLC | | 949 Antler Court | | | River Falls | WI | 54022 | | Master Consulting Agreement | Unknown |
| 2.154 | Intertek | | 1/F A-Ju Digital Tower | 284-56, Seongsu-Gu | | Seoul | | 133-833 | Korea | Payment Advice | Unknown |
| 2.155 | Involve I.T., Inc. | | 7400 Metro Boulevard | Suite 100 | | Edina | MN | 55439 | | Agreement re: Consulting Services | Unknown |
| 2.156 | Iowa Department of Corrections | Attn Director, Iowa Prison Industries | 510 East 12th Street | | | Des Moines | IA | 50319 | | Subcontracting Agreement | 7/24/2043 |
| 2.157 | Isaiah Oliver | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.158 | Jacob Gulden (Georgie Gulden) | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.159 | Jake Schellsmidt | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.160 | James Sanigular | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.161 | Jan-Pro Cleaning Systems | | 33 Tenth Avenue South | Suite 200 | | Hopkins | MN | 55343 | | Cleaning Agreement | Unknown |
| 2.162 | Jasmine Werner | Amber Werner | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.163 | Jeff Koons LLC | Attn: Lauran Rothstein | 475 10th Avenue | | | New York | NY | 10018 | | Letter Agreement re: License | Unknown |
| 2.164 | Jordan Alberino | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.165 | Judith Angelo | | Address on File | | | | | | | Independent Contractor Artist Agreement | Unknown |
| 2.166 | Katarina Spasojevic | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.167 | Kaylena and Keira Hoffman | Nichole Hoffman | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.168 | Kim Hermes | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.169 | Kisung Industrial Co. | Toby Hwang | 198-1, Mubong-Ri, Soheul-Up | | | Pocheon-Si | Kyunggido | | Korea | Settlement Agreement | Unknown |
| 2.170 | Kristin Knych | | Address on File | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.171 | Kristina Pooler | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.172 | L.D. Martin Law Office | | 1480 White Oak Drive | | | Chaska | MN | 55318 | | Agreement for Legal Services | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.173 | Lathrop GPM | | 80 South Eighth Street | 500 IDS Center | | Minneapolis | MN | 55402 | | Engagement Letter | Unknown |
| 2.174 | Leslie Olmen | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.175 | Liberty Carton Company | | 870 Lousiana Ave South | | | Minneapolis | MN | 55426 | | Memorandum of Understanding | Evergreen |
| 2.176 | Liberty Packaging Co | | 5600 North Highway 169 | | | Minneapolis | MN | 55428 | | Vendor Managed Inventory Stocking Agreement | Unknown |
| 2.177 | Lifeworks Services, Inc. | Contracts Administration | 6636 Cedar Ave S | Suite 250 | | Richfield | MN | 55423 | | Service Agreement | Unknown |
| 2.178 | Linda Bjerknes | | Address on File | | | | | | | Artist Agreement | Unknown |
| 2.179 | Lisa Gibson Marketing | | 1200 Lyman Avenue | | | Wayzata | MN | 55391 | | Sales Representative Agreement | Evergreen |
| 2.180 | Liz Rust | | Address on File | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.181 | Loffler Companies, Inc. | | 3745 Louisiana Ave., S. | | | St. Louis Park | MN | 55426 | | Master Services Agreement, and All Associated Unexpired Leases | 12/31/2026 |
| 2.182 | Lucasfilm Ltd. | | 1110 Gorgas Ave | | | San Francisco | CA | 94129 | | Third Amendment to Merchandise License Agreement | Unknown |
| 2.183 | Lyam Kostrzewski | Iola Kostrzewski | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.184 | Magic International Limited | | 66 Chiltern Street | | | London | | W1U 4JT | United Kingdom | Patent and Know-How License Agreement | Unknown |
| 2.185 | Malark Industries, Inc | | 9100 85th Ave N | Ste 200 | | Brooklyn Park | MN | 55445 | | Trailer Interchange and Indemnity Agreement | Evergreen |
| 2.186 | Malark Industries, Inc | | 9100 85th Ave N | Ste 200 | | Brooklyn Park | MN | 55445 | | Standard Warehouse Terms and Conditions | Unknown |
| 2.187 | MarketingLab | | 10590 Wayzata Blvd. Suite 300 | | | Minnetonka | MN | 55305 | | Sing-A-Tune Balloon Launch Plan Scope of Work | Unknown |
| 2.188 | Martin Fernando Serrano Vazquez artistically known as Fernando Serrano | | Address not available | | | | | | | Contract for the Temporary Assignment of Reproduction Rights for Specific Purposes | Unknown |
| 2.189 | Marvel Characters B.V. | | 500 S Buena Vista St. | MC3301 | F G Wells Building, 2nd Floor | Burbank | CA | 91521 | | Fourth Amendment to License Agreement dated September 14, 2011 | Unknown |
| 2.190 | Marvel Characters, Inc. | Attn Legal Department | 417 Fifth Avenue | | | New York | NY | 10016 | | Permission Agreement to Access Marvel Database Asset Management System | Unknown |
| 2.191 | Mary Sanigular | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.192 | MaryAnn Zastrow and Harrison Zastrow | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.193 | Mattel, Inc. | Attn General Counsel, MS M1-1516 | 333 Continental Boulevard | | | El Segundo | CA | 90245 | | Services Agreement | Evergreen |
| 2.194 | Mattel, Inc. | Attn VP, Legal & Business Affairs | 333 Continental Boulevard | | | El Segundo | CA | 90245 | | Confidentiality Agreement | Unknown |
| 2.195 | Maximum Visibility Solutions, LLC | | Address not available | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.196 | Mayflower Distributing Company, Inc. | Attn Allen Scarsella | 1155 Medallion Drive | | | Mendota Heights | MN | 55120 | | Non-Exclusive, Limited Term, Trademark License | 12/31/2025 |
| 2.197 | Mayflower Distributing Company, Inc. | Attn Allen Scarsella | 1155 Medallion Drive | | | Mendota Heights | MN | 55120 | | Non-Exclusive License to Use Anagram Created Artwork | Evergreen |
| 2.198 | Mayflower Distributing Company, Inc. | Attn Allen Scarsella | 1155 Medallion Drive | | | Mendota Heights | MN | 55120 | | Independent Contractor Agreement | Unknown |
| 2.199 | Metro Paving | | 14350 Northdale Blvd | | | Rogers | MN | 55374 | | Proposal and Agreement | Unknown |
| 2.200 | Mexus CHB, Inc. | | 7700 Anagram Drive | | | Minneapolis | MN | 55344 | | Power of Attorney for Customs and Forwarding Agent | Unknown |
| 2.201 | Midrange Dynamics (MDNA) | | Baarerstrsse 53 | | | 63 Zug | | | Switzerland | License Agreement | Unknown |
| 2.202 | Midwest Rubber Service | | 14307 28th Place North | | | Minneapolis | MN | 55447 | | Customer Stock Material Request | Unknown |
| 2.203 | Mieko Folks | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.204 | MINNCOR INDUSTRIES | Jack Taly, Sales Account Manager & Jeff Lonsky, CEO | 2420 Long Lake Road | | | Roseville | MN | 55113 | | State of Minnesota Income Contract | 12/31/2024 |
| 2.205 | MNJV BDC, LLC | C/O JONES LANG LASALLE AMERICAS INC | 7322 OHMS LANE | | | EDINA | MN | 55439 | | First Amendment to Industrial/Warehouse Lease Agreement Dated March 29, 2021 | 12/31/2032 |
| 2.206 | Mohagen Hansen Architecture | | 1000 Twelve Oaks Center Drive | Suite 200 | | Wayzata | MN | 55391 | | Letter Agreement Regarding Professional Service Agreement | Unknown |
| 2.207 | Monet Garscia | Tamika Garscia | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.208 | NFL Properties LLC | | 345 Park Avenue | | | New York | NY | 10154 | | Manufacturer's Agreement | Unknown |
| 2.209 | NHL Enterprises | c/o NHL Enterprises, L.P. | 1185 Avenue of the Americas | | | New York | NY | 10036 | | Manufacturer's Agreement | Unknown |
| 2.210 | Nirvana Boodhoo | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.211 | Northstar Ballons LLC | | 5000 E. 29th Street North | | | Wichita | KS | 67220 | | Confidentiality Agreement | Unknown |
| 2.212 | Northwind Technologies | | 17621 46th Ct N | | | Loxahatchee | FL | 33470 | | Statement of Work (SOW) | Unknown |
| 2.213 | Nottingham Spirk Design Associates, Inc. | | 2200 Overlook Road | | | Cleveland | OH | 44106 | | Confidentiality and Non-Disclosure Agreement | Unknown |
| 2.214 | OIVF II BDC, LLC | Attn Vice President | c/o Onward Investors | 5050 Lincoln Drive, Suite 420 | | Edina | MN | 55436 | | Industrial/Warehouse Lease Agreement | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.215 | Open 4 Business Productions, LLC | | 680 Broadway | 3rd Floor | | Paterson | NJ | 07514 | | Clearance Agreement - It's  Boy Balloons | Unknown |
| 2.216 | Open 4 Business Productions, LLC | | 680 Broadway | 3rd Floor | | Paterson | NJ | 07514 | | Clearance Agreement - Mercy | Unknown |
| 2.217 | OPS America Inc. | | 689 Medina Street N | | | Loretto | MN | 55357 | | Supply Contract | Evergreen |
| 2.218 | OPS America Inc. | | 689 Medina Street N | | | Loretto | MN | 55357 | | Sing-A-Tune Value Engineering Agreement | Unknown |
| 2.219 | OPS Assembly, Inc. | | 689 Medina Street N | | | Loretto | MN | 55357 | | Master Services Agreement | Evergreen |
| 2.220 | Opus 19 Music LLC | | 12711 Ventura Blvd | Suite 170 | | Studio City | CA | 91604 | | Stock Agreement | Unknown |
| 2.221 | Pacific 2.1 Entertainment Group, Inc. | | 10351 Santa Monica Blvd. | Suite 300 | | Los Angeles | CA | 90025 | | Agreement re: Mayans MC | Unknown |
| 2.222 | Pan'an Good Luck Costume Co., Ltd. | | No. 29, Jiufeng Read, An'wan, Pan'an | | | Zhejiang | | | China | Manufacturer's Agreement | Unknown |
| 2.223 | Paramount Pictures Corporation | | 5555 Melrose Avenue | | | Hollywood | CA | 90038 | | Materials Release | Unknown |
| 2.224 | Park Pictures | | 184 Fifth Avenue | 8th Floor | | New York | NY | 10010 | | Property Release | Unknown |
| 2.225 | Party City Holdings Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | Spirit Realty, L.P. Sub-Lease Agreement for property located at 7700 Anagram Drive | Eden Prairie | MN | 55344 | 6/30/2039 |
| 2.226 | Party City Holdings Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | Intellectual Property Cross-License Agreement | Evergreen |
| 2.227 | Party City Holdings Inc. | | 80 Grasslands Road | | | Elmsford | NY | 10523 | | Services Agreement | Evergreen |
| 2.228 | Patricia Paolella | | Address on File | | | | | | | Artist Agreement | Unknown |
| 2.229 | PBP Research B.V. | | Naritaweg 116 | | | Amsterdam | | 1043CA | The Netherlands | Power of Attorney Regarding Protection of Intellectual Property Rights | Evergreen |
| 2.230 | Pellet America Corporation | | 2601 West 2nd Street | | | Appleton | WI | 54914 | | Environmental Services Agreement | Unknown |
| 2.231 | Performance Food Group, Inc. | Attn: Senior Vice President, Procurement | 12500 West Creek Pkwy | | | Richmond | VA | 23238 | | Foodservice Products Supplier Agreement | Unknown |
| 2.232 | Plutt's Consulting | | Address on File | | | | | | | Consulting Agreement | Unknown |
| 2.233 | POP Party Supply | Attn: Leanne Anderson | 3219 Southwestern Blvd | | | Orchard Park | NY | 14127 | | Shelf Agreement | Unknown |
| 2.234 | Premium Retail Services, Inc. | | 618 Spirit Drive | | | Chesterfield | MO | 63005 | | Retail Services Agreement | Unknown |
| 2.235 | Proofpoint Marketing LLC | Mike Grinberg, Founder & Director of Digital Strategy | 5820 Rosewood Lane N. | | | Plymouth | MN | 55442 | | SEO & Analytics Implementation - Exhibit A-1 | Unknown |
| 2.236 | Proofpoint Marketing LLC | Mike Grinberg, Founder & Director of Digital Strategy | 5820 Rosewood Lane N. | | | Plymouth | MN | 55442 | | Site Engagement Analysis - Exhibit A-2 | Unknown |
| 2.237 | Rackspace US, Inc. | General Counsel | One Fanatical Place | City of Windcrest | | San Antonio | TX | 78218 | | Master Services Agreement | Unknown |
| 2.238 | Remote Broadcasting, Inc. | | 10202 W. Washington Boulevard | The Thalberg Building | Suite 1216 | Culver City | CA | 90232-3195 | | Props/Set Dressing/Wardrobe Release | Unknown |
| 2.239 | Renalyn Paye | | deb@carynmodels.com | | | | | | | Photograph and Video Release | Unknown |
| 2.240 | Resources Investment Advisors, Inc. | | 4860 College Blvd. | | | Overland Park | KS | 66211 | | Retirement Plan Investment Management Agreement | Evergreen |
| 2.241 | Retail Logistics Excellence | | Postintaival 7 | | | Helsinki | | 00230 | Finland | Executive Summary re: Master Services Agreement | Unknown |
| 2.242 | RIM Logistics, Ltd. | | 200 N. Gary Ave | Suite B | | Roselle | IL | 60172 | | Cargo Protection Agreement | Unknown |
| 2.243 | RIM Logistics, Ltd. | | 200 N. Gary Ave | Suite B | | Roselle | IL | 60172 | | Detention and Demurrage Addendum to Standards Terms | Unknown |
| 2.244 | RIM Logistics, Ltd. | | 200 N. Gary Ave | Suite B | | Roselle | IL | 60172 | | Importer Security Filing Agreement | Unknown |
| 2.245 | Rol-Vac LP | | 207 Tracy Road | | | Dayville | CT | 06241 | | Joint Development Agreement | Evergreen |
| 2.246 | Rovio Entertainment Ltd. | | Keilaranta 17 | | | Espoo | | FI-02150 | Finland | Merchandise License Agreement | Evergreen |
| 2.247 | RSA Films, Inc. | Attn: Legal Department | 634 North La Peer Drive | | | Los Angeles | CA | 90069 | | Authorization to Use Name/ Product/ Logo: Flying Stork 32" Mylar Balloon "It's A Boy" for Motion Picture Project "NAR2 #2290-21 | Unknown |
| 2.248 | RSA Films, Inc. | Attn: Legal Department | 634 North La Peer Drive | | | Los Angeles | CA | 90069 | | Motion Picture Special Materials Agreement & Release | Unknown |
| 2.249 | RTA Edenvale 7J Social LLC | | P.O. Box 1410 | | | Suisun City | CA | 94585 | | Third Amendment to Lease | Unknown |
| 2.250 | Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services | | 3615 Hwy 13 W | | | Burnsville | MN | 55337 | | Truck Lease & Service Agreement - 809385 (Yard Tractor) | 3/5/2025 |
| 2.251 | Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services | | 3615 Hwy 13 W | | | Burnsville | MN | 55337 | | Truck Lease & Service Agreement - 676476 (Trailer) | 5/17/2030 |
| 2.252 | Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services | | 3615 Hwy 13 W | | | Burnsville | MN | 55337 | | Truck Lease & Service Agreement - RPL 657144 (Daycab) | 7/18/2030 |
| 2.253 | Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services | | 3615 Hwy 13 W | | | Burnsville | MN | 55337 | | Truck Lease & Service Agreement - 669177 (Yard Tractor) | Unknown |
| 2.254 | S.A.G. Balloons Company, Ltd. | | 9-11, Higashi Komagata 1-chome | Sumida-ku | | Tokyo | | 1300005 | Japan | Licensing Agreement | Evergreen |
| 2.255 | SAM HPRP Chemicals, Inc., d/b/a SAM Nutrition | | 7760 France Avenue | Suite 1330 | | Bloomington | MN | 55435 | | Sublease Agreement - Edina, MN | 6/30/2026 |
| 2.256 | Samuel Hanson | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.257 | San Deigo Gas & Electric Company | Stephen Johnston | Re Intellectual Property | 8330 Century Park Ct., CPA02 | | San Diego | CA | 92123 | | Intellectual Property License Agreement | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.258 | Sara Bowersock Fellure | | Address on File | | | | | | | Independent Contractor Artist Agreement | Evergreen |
| 2.259 | Sarah Shoemaker | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.260 | Sasha Schectman | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.261 | SCG Power Rangers LLC | | 1027 Newport Avenue | | | Pawtucket | RI | 02861 | | Approval of Manufacturer | Unknown |
| 2.262 | Scott Gardner | | Address on File | | | | | | | Consultant Agreement | Unknown |
| 2.263 | SCP Merchandising, LLC | | 1020 Olympic Drive | | | Batavia | IL | 60510 | | Master Services Agreement | 2/27/2024 |
| 2.264 | Seaira Weyker | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.265 | Sesamae Glackler-Riquelme | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.266 | Shawn Dunbar | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.267 | Siegwerk USA Inc | | 3535 SW 56th Street | | | Des Moines | IA | 50321 | | Master Services Agreement | 4/25/2028 |
| 2.268 | Sing-A-Tune Balloon | Attn John Blackman | 6600 W. Rogers Circle | Suite 1 | | Boca Raton | FL | 33487 | | License Agreement | Unknown |
| 2.269 | Smileyworld Limited | | Suite LM13.2.2 The Leathermarket | 11/13 Weston Street | Lafone House, Unit 4.1 | London | | SE1 3ER | United Kingdom | Suppliers' Charter | Unknown |
| 2.270 | Sonitrol of the Twin Cities Inc. | | 3751 Portland Ave S. | | | Minneapolis | MN | 55407 | | Client Agreement | Unknown |
| 2.271 | SONY/ATV Music Publishing LLC | Attn Manager, Synchronization Licensing | 8 Music Square West | | | Nashville | TN | 37203 | | Merchandise License Agreement | Unknown |
| 2.272 | Southern Graphic Systems, LLC | | 9300 Winnetka Ave N | | | Brooklyn Park | MN | 55445 | | Amendment to Plate Price Agreement | Unknown |
| 2.273 | Southern Graphic Systems, LLC | | 626 West Main Street | Suite 500 | | Louisville | KY | 40202 | | Mutual Confidentiality and Indemnification Agreement | Unknown |
| 2.274 | SPAR Marketing Force, Inc. | Attn: James R. Segreto, CFO | 333 Westchester Avenue | South Building | Suite 204 | White Plains | NY | 10604 | | Services Agreement On-Site Merchandising Services | Evergreen |
| 2.275 | Spider-Man Merchandising L.P. | | 1600 Rosecrans Avenue | | | Manhattan Beach | CA | 90266 | | Amendment to License Agreement #40318 | Unknown |
| 2.276 | Sprout Social | | 131 S Dearborn St. | Suite 700 | | Chicago | IL | 60603 | | Annual Agreement | Evergreen |
| 2.277 | Stage Polymers, LLC | Attn Mike Ryan | 4747 Research Forest Dr | #180-295 | | The Woodlands | TX | 77381 | | Sale of Good Agreement | Evergreen |
| 2.278 | Stanley Convergent Security Solutions, Inc. | Lynn Hanson | 13705-26th Avenue North | #120 | | Plymouth | MN | 55442 | | Installation and Service Agreement | Evergreen |
| 2.279 | Steven Bell | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.280 | Summerhouse Bidco Limited | c/o Squire Patton Boggs (uk) Llp | Ruthland House | 148 Edmund Street | | Birmingham | | B2 2JR | United Kingdom | Supply Agreement | Unknown |
| 2.281 | Sunshine Balloon Factory | | 20 City Boulevard West | | | Orange | CA | 92868 | | Settlement Agreement | Unknown |
| 2.282 | Sysco Corporation and/or its Affiliates | Attn Vice President of Merchandising | 1390 Enclave Parkway | | | Houston | TX | 77077 | | Hold Harmless Agreement and Guaranty/Warranty of Product | Unknown |
| 2.283 | Taher, Inc. | Bruce Taher, President & CEO | 5570 Smetana Drive | | | Minnetonka | MN | 55343 | | Vending & Office Coffee Service Agreement | Evergreen |
| 2.284 | Tail Wind Informatics Corporation | | 1600 Utica Ave S. | Suite 140 | | St. Louis Park | MN | 55416 | | Consulting Services Agreement | Evergreen |
| 2.285 | Target Corporation | Attn Partners Online Help Desk | 7000 Target Parkway North | | | Brooklyn Park | MN | 55445 | | Authorization of Unannounced Compliance Audits (AUCA) | Unknown |
| 2.286 | Target Corporation | Attn Partners Online Help Desk | 7000 Target Parkway North | | | Brooklyn Park | MN | 55445 | | Master Services Agreement | Unknown |
| 2.287 | Target Corporation | Attn Partners Online Help Desk | 7000 Target Parkway North | | | Brooklyn Park | MN | 55445 | | Partners Online Agreement | Unknown |
| 2.288 | Technical Partners Group | | 6233 W. 97th Street | | | Bloomington | MN | 55438 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.289 | Technology Dynamics Inc. | | 1055 Westlakes Drive | Suite 300 | | Berwyn | PA | 19312 | | Master Services Agreement | Evergreen |
| 2.290 | Technology Dynamics Inc. | | 1055 Westlakes Drive | Suite 300 | | Berwyn | PA | 19312 | | Confidentiality Agreement | Unknown |
| 2.291 | The Fairly Odd Productions Inc. | | 9/140-555 Brooksbank Avenue | | | North Vancouver | BC | V7J 3S5 | Canada | Release / Use of Trademark, Logo or Name | Unknown |
| 2.292 | The Imagery | | 11804 Kennelly Rd | | | Burnsville | MN | 55337 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.293 | The Lift | | Ignacio Esteva 50B | San Miguel Chapultepec | | Mexico City | | 11850 | Mexico | Non-Exclusive Release Agreement | Unknown |
| 2.294 | The Novate Company | | 26 New York Ave | | | White Plains | NY | | | License Agreement | Evergreen |
| 2.295 | The Ohio State University | | 281 W Lane Ave | | | Columbus | OH | 43210 | | Independent Contractor Agreement | Unknown |
| 2.296 | The Pokemon Company International, Inc. | | 10400 NE 4th Street | Suite 2800 | | Bellevue | WA | 98004 | | Manufacturer's Agreement | 12/31/2025 |
| 2.297 | The Walt Disney Company | | 4th Floor, Peninsula Tower - 1, Ganapatrao Kadam Marg, Lower Parel | | | Mumbai | | 400 013 | India | Facility and Merchandise Authorization | Unknown |
| 2.298 | The Wiggles International Pty. Ltd. | | U 2 18 Lexington Dr Norwest Business Park | | | Baulkham Hills | NSW | 2153 | Australia | Manufacturer's Agreement | Unknown |
| 2.299 | Timelex BV/SRL | | Joseph Stevensstraat 7 rue Joseph Stevens | | | Brussels | | 1000 | Belgium | Letter of Engagement | Unknown |
| 2.300 | Toray Plastics America, Inc. | Scott Van Winter | 50 Belver Avenue | | | North Kingstown | RI | 02852 | | Supply Agreement | Unknown |
| 2.301 | TREND enterprises, Inc. | Attn: Kay Fredericks | 300 Ninth Ave SW | | | New Brighton | MN | 55112 | | Merchandising License Agreement | Unknown |
| 2.302 | TSG SERVER & STORAGE, INC | | 855 Village Center Drive | #344 | | St. Paul | MN | 55127-3016 | | International Agreement for Acquisition | Unknown |
| 2.303 | Turkey Hollow Productions Ltd. | | 1950 Franklin Street | | | Vancouver | BC | V5L 1R2 | Canada | "Turkey Hollow" Product Release | Unknown |

In re Anagram International, Inc.
Case No. 23-90902
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.304 | tw telecom holdings inc | | 10475 Park Meadows Drive | | | Littleton | CO | 80124 | | Customer Information and Contract Specifications | Unknown |
| 2.305 | Tyler Johnson | | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.306 | United Healthcare Insurance Co.-NY | | P.O. Box 1459 | | | Minneapolis | MN | 55440 | | Healthcare Agreement | Unknown |
| 2.307 | Universal Parks & Resorts | Attn: Melinda Miller Manager, Merchandise Compliance | 1000 University Studios Plaza | B-110 | | Orlando | FL | 32819 | | Merchandise Vendor Agreement | Unknown |
| 2.308 | Universal Television, LLC | Superstore | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Clearance Agreement - It's Boy Balloons | Unknown |
| 2.309 | Universal Television, LLC | Superstore | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Superstore 4th of July Clearance Agreement | Unknown |
| 2.310 | Universal Television, LLC | | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Superstore Easter Clearance Agreement | Unknown |
| 2.311 | Universal Television, LLC | Superstore | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Superstore Product Release Clearance Agreement | Unknown |
| 2.312 | Universal Television, LLC | Superstore | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Superstore The Path Clearance Agreement | Unknown |
| 2.313 | Universal Television, LLC | Superstore | 100 Universal City Plaza, Bldg. 2128 | Suite J | Room 100 | Universal City | CA | 91608 | | Superstore Variety Clearance Agreement | Unknown |
| 2.314 | Velocity, a Managed Services Company, Inc. | Attn Legal Department | 7131A Spring Meadows West Drive | | | Holland | OH | 43528 | | Master Service Agreement for Goods and Services | Unknown |
| 2.315 | Vesseler Sanigular | James & Mary Sanigular | Address on File | | | | | | | Photograph and Video Release | Unknown |
| 2.316 | Viacom | Ms. Petia Toncheva | 1515 Broadway | | | New York | NY | 10036 | | Amendment to Merchandise Agreement | Unknown |
| 2.317 | Viking Automatic Sprinkler Co. | | 301 York Avenue | | | St. Paul | MN | 55130 | | Inspection Proposal | Unknown |
| 2.318 | Visions Inc. | | 8801 Wyoming Ave N | | | Brooklyn Park | MN | 55445 | | Mutual Confidential Disclosure Agreement | Unknown |
| 2.319 | Wakefly, Inc. | | 293 Boston Post Road West | Suite 140 | | Marlborough | MA | 01752 | | Master Services Agreement re: Digital Marketing Services | Evergreen |
| 2.320 | Wakefly, Inc. | | 293 Boston Post Road West | Suite 140 | | Marlborough | MA | 01752 | | Digital Services Retainer | Unknown |
| 2.321 | Wal-Mart Stores, Inc. | Attn General Merchandise Manager | 702 SW 8th Street | | | Bentonville | AR | 72716 | | General Merchandise Supplier Agreement | Evergreen |
| 2.322 | Wal-Mart Stores, Inc. | Attn Vendor Master | 702 SW 8th Street | | | Bentonville | AR | 72716 | | Retail Link Agreement | Unknown |
| 2.323 | Wal-Mart Stores, Inc. | | 1940 Argentia Road | | | Mississauga | ON | L5N 1P9 | Canada | Supplier Agreement | Unknown |
| 2.324 | Walt Disney Records, a Division of ABC, Inc. | | 500 S Buena Vista St. | | | Burbank | CA | 91521-2708 | | Letter Agreement re: Amendment to License Agreement Dated October 1, 2014 | Unknown |
| 2.325 | Waste Management National Service, Inc. | | 720 E. Butterfield Road | | | Lombard | IL | 60148 | | Equipment Lease Agreement | Evergreen |
| 2.326 | Waste Management of Minnesota, Inc. | | 12448 Pennsylvania Avenue South | | | Savage | MN | 55378 | | Property Damage Settlement and Release Only | Unknown |
| 2.327 | Waste Management of Minnesota, Inc. | | 12448 Pennsylvania Avenue South | | | Savage | MN | 55378 | | Master Service Agreement | Unknown |
| 2.328 | Wells Fargo Bank N.A. | | 420 Montgomery Street | | | San Francisco | CA | 94104 | | Consent Under Credit Agreement | Unknown |
| 2.329 | Widen Enterprises, Inc. | | 6911 Mangrove Lane | | | Madison | WI | 53713 | | Master Service Agreement | Evergreen |
| 2.330 | Wildflower Production LLC | | 237 High Street | | | Walworth | WI | 53184 | | Non-Exclusive Release Agreement | Unknown |
| 2.331 | William Ferenc | | Address on File | | | | | | | Artist Agreement | Unknown |
| 2.332 | Wonderland Music Company, Inc. | | P.O. Box 101623 | | | Pasadena | CA | 91189 | | Letter Agreement re: Amendment to License Agreement Dated October 1, 2014 | Unknown |
| 2.333 | Woodridge Productions, Inc. | | 10202 W. Washington Boulevard | The Thalberg Building | Suite 1216 | Culver City | CA | 90232-3195 | | Set Dressing Release | Unknown |
| 2.334 | Wynonna Earp Season Four Inc. | | #350 7330 Fisher Street S.E. | | | Calgary | AB | T2H 2H8 | Canada | Agreement to Use Product/Name/Logo | Unknown |
| 2.335 | X-Rite, Inc. | Raymond Burnthorn | 4300 44th Street SE | | | Grand Rapids | MI | 49512 | | Color Management Agreement | Unknown |
| 2.336 | Yale Mechanical | Gregg Campbell | 220 W. 81st St | | | Minneapolis | MN | 55420 | | Service Agreement | Evergreen |
| 2.337 | Zinkia Entertainment S.A. | | Calle Infantas 27 - 1 planta | | | Madrid | | 28004 | Spain | Manufacturing Agreement | Unknown |