**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| AMALGAM LIQUIDATION, LLC, *et al.*, [1] | § Case No. 23-90901 (MI) |
| | § |
| | § (Jointly Administered) |
| | § |
| Debtors. | § |

## NOTICE OF DISMISSAL OF CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that, on November 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 21, 2024, the Court entered that certain *Order (I) Approving Settlement Pursuant to Sections 105, 363, 365 and 503 of the Bankruptcy Code and Bankruptcy Rule 9019; (II) Authorizing Dismissal of the Chapter 11 Cases Pursuant to Sections 1112(B) and 349 of the Bankruptcy Code and (III) Granting Related Relief* [Docket No. 407] (the "Settlement and Dismissal Order"),[2] approving a settlement among the Debtors and the Settlement Parties and authorizing the dismissal of these chapter 11 cases upon payment of all approved Professional Fees and the Settlement Payment, all as more fully described in the Settlement and Dismissal Order.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Amalgam Liquidation, LLC (f/k/a Anagram Holdings, LLC) (8535); Amalgam Liquidation International, Inc. (f/k/a Anagram International, Inc.) (2523) and Amalgam Liquidation International Holdings, Inc. (f/k/a Anagram International Holdings, Inc.) (5837). The location of the Debtor's service address for purposes of these chapter 11 cases is: 7700 Anagram Drive, Eden Prairie, MN 55344.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Settlement and Dismissal Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement and Dismissal Order, upon all conditions to dismissal set forth in the Settlement and Dismissal Order having been satisfied, these chapter 11 cases were dismissed without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *First Interim and Final Fee Application of Simpson Thacher & Bartlett, Counsel for Debtors, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 8, 2023 Through and Including March 21, 2024* [Docket No. 419], Simpson Thacher & Bartlett LLP's actual amount of fees incurred from March 22, 2024 through and including the Dismissal Date are $37,327.21.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *First Interim and Final Fee Application of Ankura Consulting Group, LLC, as Financial Advisor to the Debtors, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 8, 2023 Through and Including March 24, 2024* [Docket No. 422], Ankura Consulting Group, LLC's actual amount of fees incurred from March 24, 2024 through and including the Dismissal Date are $46,435.00.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *First Interim and Final Fee Application of Howley Law PLLC, Local Counsel for Debtors, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 8, 2023 Through and Including March 21, 2024* [Docket No. 425], Howley Law PLLC's actual amount of fees incurred from March 21, 2024 through and including the Dismissal Date are $42,975.00.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors, no later than fourteen (14) days after the Dismissal Date, shall file all outstanding monthly operating reports for all periods through the Dismissal Date and shall serve a true and correct copy of said reports on the U.S. Trustee.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors, no later than fourteen (14) days after the Dismissal Date, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the U.S. Trustee Payment Center, PO Box 6200-19, Portland, OR 97228-6200 or online at: https://www.pay.gov/public/form/start/672415208, and the Debtors shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas.

**PLEASE TAKE FURTHER NOTICE** that, following the completion of the service identified in the following paragraph, Kurtzman Carson Consultants LLC ("KCC") shall have no further obligations to the Court or any party in interest with respect to the claims, noticing, and solicitation services in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, within thirty (30) days following the Dismissal Date, KCC shall deliver to the Clerk of the Court an electronic copy in pdf format of all proofs of claim. Once the electronic copy has been received by the Clerk of the Court, KCC may destroy all proofs of claim in its possession sixty (60) days after filing a Notice of Intent to Destroy on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Settlement and Dismissal Order and all other documents filed with the Court are available free of charge on the Debtors' case information website located at https://www.kccllc.net/Anagram.

*[Remainder of page intentionally left blank]*

Dated: April 26, 2024

Respectfully submitted,

By: */s/ Tom A. Howley*
**HOWLEY LAW PLLC**
Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: (713) 333-9125
Email: tom@howley-law.com
          eric@howley-law.com

- and -

**SIMPSON THACHER & BARTLETT LLP**
Sunny Singh (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
Moshe A. Fink (admitted *pro hac vice*)
Ashley M. Gherlone (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
Email:  Sunny.Singh@stblaw.com
          NBaker@stblaw.com
          Moshe.Fink@stblaw.com
          Ashley.Gherlone@stblaw.com

*Counsel to the Debtors and the Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on April 26, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tom A. Howley*

Tom A. Howley